# EXHIBIT

# "2"

VA | U.S. Department of Veterans Affairs
Office of General Counsel

Office of Chief Counsel (02)
Southeast District – South
7305 N. Military Trail, Rm. 4B-352
West Palm Beach, FL 33410

In Reply Refer To: 484556

Via Certified Mail 7013 0600 0001 9398 7253

September 21, 2021

Donovan Foster
578 Washington Blvd., Number 312
Marina Del Rey, CA 90292

Subject: Administrative Tort Claim - Request for Reconsideration

Dear Mr. Foster:

This office has now completed reconsideration of the above-referenced matter under the Federal Tort Claims Act (FTCA), and it is again denied as falling beyond the jurisdiction of the FTCA.

Further action on this matter may be instituted in accordance with the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code, which provides, in effect, that a tort claim that is administratively denied may be presented to a Federal district court for judicial consideration. Such a suit must be initiated, however, within 6 months after the date of mailing of this notice of final denial as shown by the date of this letter (section 2401(b), title 28, United States Code). If such a suit is filed, the proper party defendant would be the United States, not VA.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel