NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Veronica M. Aguilar, Esq. SBN-153288
Law Offices of Veronica M. Aguilar, A.P.C.
16870 West Bernrado Drive, Suite 400
San Diego, CA 92127
(858) 674-6945

ATTORNEY(S) FOR: DONOVAN J. FOSTER, an Individual.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DONOVAN J. FOSTER, an Individual,

Plaintiff(s).

The United States of America, the Department of Veteran Affairs, and agency of the United States of America, and Secretary Denis McDonough, an Individual,

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for DONOVAN J. FOSTER or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DONOVAN J. FOSTER | PLAINTIFF |
| VERONICA M. AGUILAR | PLAINTIFF ATTORNEY |
| THE UNITED STATES OF AMERICA, THE DEPARTMENT OF VETERAN AFFAIRS, AN AGENCY OF THE UNITED STATES OF AMERICA, AND SECRETARY DENIS MCDONOUGH | DEFENDANTS |

11/21/2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

DONOVAN J. FOSTER