# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN J. FOSTER<br>PLAINTIFF(S)<br>v.<br>THE UNITED STATES OF AMERICA , et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:22−cv−08522−GW−AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 11/21/2022 | 4 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachment 5 is the Certificate of Interested Parties which should be e−filed separately. The correct event is located under Civil Events Other Filings Notices. Attachment 6 Civil Cover Sheet should be e−filed separately. The correct event category is located under Civil Events − Other Filings − Miscellaneous Filings

Clerk, U.S. District Court

Dated: November 22, 2022

By: /s/ *Carmen Lujan Carmen_Lujan@cacd.uscourts.gov*
Deputy Clerk