Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The United States of America, the Department of Veteran Affairs, an agency of the United States of America
was received by me on *(date)* 11/29/2022 .

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brandon Greenfiled (Paralegal) , who is designated by law to accept service of process on behalf of *(name of organization)* The United States of America, the Department of Veteran Affairs, an agency of the United States of America on *(date)* 12/8/2022 ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ 165.00 for travel and $ 0 for services, for a total of $ 165.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2022

[signature]
*Server's signature*

Mark Hagood / Process Server
*Printed name and title*

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92103
*Server's address*

Additional information regarding attempted service, etc: