AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The United States of America, the Department of Veteran Affairs, an agency of the United States of America was received by me on *(date)* 11/29/2022.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Crystal Beloz (Legal Assistant), who is designated by law to accept service of process on behalf of *(name of organization)* The United States of America, the Department of Veteran Affairs, an agency of the United States of America on *(date)* 12/7/2022 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ 105.00 for travel and $ 0 for services, for a total of $ 105.00.

I declare under penalty of perjury that this information is true.

Date: 12/12/2022

*Server's signature*

Rocio Morales / Process Server

*Printed name and title*

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92103

*Server's address*

Additional information regarding attempted service, etc: