E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JONATHAN RUSSELL BLAKEY (Cal. Bar No. 333584)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8341
Facsimile: (213) 894-7819
E-mail: Jonathan.Blakey@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA, ET AL.,<br>Defendants. | Case No. 2:22-cv-08522-GW-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: December 7, 2022<br>Current Response Date: February 6, 2023<br>New Response Date: March 8, 2023 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants may have an initial thirty (30) day extension of time pursuant to Central District Local Rule 8-3, up to and including March 8, 2023, within which to answer, plead, or otherwise respond to Plaintiff's Complaint. No prior extensions have been requested by the parties.

/ / /

Dated: January 27, 2023

*Veronica M. Aguilar*
Veronica M. Aguilar

Attorney for Plaintiff

Dated: January 27, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jonathan Russell Blakey**
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendants

*The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.