VERONICA M. AGUILAR, ESQ. (Cal. Bar No. 282740)
LAW OFFICES OF VERNONICA M. AGUILAR
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 674-6945
veronica@vaguilarlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DONOVAN J. FOSTER

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA, ET AL.

Defendant(s).

CASE NUMBER

2:22-cv-08522-GW-AGR

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) The Department of Veterans Affairs, an agency of the United States of America, and Secretary Denis McDonough, an individual.
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Donovan J. Foster.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

02/05/2023
*Date*

Veronica M. Aguilar
*Signature of Attorney/Party*

***NOTE:** F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*