Veronica M. Aguilar, SBN-153288
Law Offices of Veronica M. Aguilar, A.P.C.
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6945

Attorney for:

**Donovan J. Foster**

**THE UNITED STATES DISTRICT COURT IN AND FOR**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ET AL.<br><br>Defendant, | Case No.: 2:22-cv-08522-GW-AGR<br><br>DECLARATION OF SERVICE<br><br>Person Served:<br>Jonathan Russell Blakery, Esq.<br>U.S. Attorney's Office, Central District of California.<br><br>Date Served:<br>February 05, 2023 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents: in the following manner:

**Notice of Dismissal Pursuant to Federal of Civil Procedure 41(a) or (c) Only Department of Veterans Affairs, an agency of the United States of America and Secretary Denis McDonough, an individual.**

1) _____ By personally delivering copies to the person served.

2) ______ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) XX By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, CA on February 05, 2023. Jonathan Russell Blakery, U.S. Attorney's Office, Central District of California. 300 Los Angeles Street, Suite 7516, Los Angeles, CA 90012

Executed on November 11, 2022

Kieu Duong
K. Thi Duong