**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER,<br>PLAINTIFF(S)<br>v.<br>THE UNITED STATES OF AMERICA, et al.,<br>DEFENDANT(S). | CASE NUMBER<br>CV 22-8522-GW-AGRx<br><br>ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| February 15, 2023 | 10 | Notice of Dismissal |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by ________________ .
☐ The hearing date has been rescheduled to ________________ at ________
☒ Other

Docket No. 10 is stricken for the reason(s) stated in the Notice [11] filed on February 16, 2023.

Dated: February 16, 2023

By: *George H. Wu*
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE