E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JONATHAN RUSSELL BLAKEY (Cal. Bar No. 333584)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8341
Facsimile: (213) 894-7819
Email: Jonathan.Blakey@usdoj.gov

Attorneys for Defendant
United States of America

VERONICA M. AGUILAR (Cal Bar No. 153288)
LAW OFFICES OF VERONICA M. AGUILAR
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Phone: (858) 674-6945
Email: veronica@vaguilarlaw.com

Attorney for Plaintiff
Donovan J. Foster

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONOVAN J. FOSTER,

Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

No. 2:22-cv-08522-GW-AGR

**JOINT STIPULATION TO DISMISS DEFENDANTS DEPARMENT OF VETERANS AFFAIRS AND SECRETARY DENIS MCDONOUGH**

(*[Proposed] Order filed concurrently herewith*)

Honorable George H. Wu
United States District Judge

Plaintiff Donovan J. Foster ("Plaintiff") and defendant United States of America ("United States") (the "parties"), through their undersigned counsel, stipulate that Plaintiff voluntarily dismisses defendants Department of Veterans Affairs ("VA") and VA Secretary Denis McDonough under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice, because they are improper defendants. The parties stipulate to the following:

1. Plaintiff's Complaint arises under the Federal Tort Claims Act ("FTCA"). *See* Dkt. 1. Plaintiff alleges that the VA was negligent in denying his Application for Compensation and/or Pension in October 2009. *See id.*

2. Under the FTCA, the only proper defendant is the United States. 28 U.S.C. § 1346(b)(1). Plaintiff, however, named as defendants the VA and VA Secretary McDonough in addition to the United States. Dkt. 1.

3. On February 16, 2023, Plaintiff attempted to dismiss the improper defendants, but the notice was stricken because an incorrect event was selected. *See* Dkt. 10-12.

4. The parties therefore stipulate that the VA and Secretary McDonough are improper defendants and should be dismissed with prejudice.

The parties respectfully request that the Court approve this stipulation.

Respectfully submitted,

Dated: February 27, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant
United States of America

Dated: February 27, 2023

LAW OFFICES OF VERONICA M. AGILAR

*/s/ Veronica M. Aguilar*
VERONICA M. AGUILAR*

Attorneys for Plaintiff
Donovan J. Foster

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.