TERM PTYS / NO JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, ET AL.,<br>Defendants. | No. CV 22-8522-GW-AGRx<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS DEFENDANTS DEPARMENT OF VETERANS AFFAIRS AND SECRETARY DENIS MCDONOUGH**<br><br>Hon. George H. Wu<br>United States District Judge |

Having read and considered the joint stipulation to dismiss defendants Department of Veterans Affairs ("VA") and VA Secretary Denis McDonough under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that defendants VA and VA Secretary Denis McDonough are dismissed with prejudice.

Dated: February 28, 2023

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE