# DECLARATION OF KAREN L. RIVERA-LEBRON

I, Karen L. Rivera-Lebron, do hereby declare and state as follows:

1. I am a Staff Attorney employed by the U.S. Department of Veterans Affairs ("VA"), Office of General Counsel ("OGC"). I have held this position since June 24, 2019. I make the following factual statements based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. The OGC is responsible for processing administrative claims, investigating the claims, and making determinations on whether the claims are approved or denied. The OGC maintains the records of all administrative claims and related records dating back to 2015.

3. As part of my employment with the OGC, I am familiar with and have regular access to the OGC's databases for storing records related to administrative claims, which in my experience is well maintained and up to date. I regularly access these databases in the performance of my job duties.

4. On or around November 6, 2020, the VA received the Form 95 administrative tort claim from Mr. Foster. Attached hereto as Exhibit 1 is a true and correct copy of the administrative tort claim.

5. On or around January 6, 2021, the VA denied Mr. Foster's administrative tort claim. Attached hereto as Exhibit 2 is a true and correct copy of the denial letter.

6. On or around February 13, 2021, the VA received a Request for Reconsideration from Mr. Foster. Attached hereto as Exhibit 3 is a true and correct copy of the Request for Reconsideration.

7. On or around September 21, 2021, the VA again denied Mr. Foster's administrative tort claim. Attached hereto as Exhibit 4 is a true and correct copy of this letter.

/ / /

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March, 2023, at San Juan, Puerto Rico.

Karen L. Rivera-Lebron

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
AND
DEPARTMENT OF VETERANS AFFAIRS

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

DONOVAN J. FOSTER JR.
[redacted]

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | [redacted] | SINGLE | 11/26/2019 | 11:00PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

MY SERVICE DEPARTMENT RECORDS WERE LOST OR MISLABELED THIS FLAGRANT NEGLIGENT ACT BY YOUR GOVERNMENTAL ENTITY OR BY SOMEONE IN THE EMPLOY THEREOF, IN A FACILITY OF AND OR IN THE CONTROL OF YOUR GOVERNMENTAL ENTITY HAS CAUSED INFINITE ENDLESS HARM AND OR PERSONAL INJURY TO MYSELF THE CLAIMANT. PLEASE SEE ATTACHED DEMAND LETTER FOR FURTHER DETAIL.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

NONE

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

MY SERVICE DEPARTMENT RECORDS WERE LOST OR MISLABELED. THIS FLAGRANT NEGLIGENT ACT BY YOUR GOVERNMENTAL ENTITY HAS CAUSED PERMANENT DEBILITATING INJURY AND POST TRAMATIC STRESS DISORDER.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| TO BE DETERMINED IN PRE-TRIAL DISCOVERY IF APPLICABLE | TO BE DETERMINED IN PRE-TRIAL DISCOVERY IF APPLICABLE |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| NONE | $92,288,776,984.00 | | $92,288,776,984.00 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | [redacted] | 10/13/2020 |

| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

**NSN 7540-00-634-4046**

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



**Exhibit 1**

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

NONE

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

NONE

17. If deductible, state amount.

NONE

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

NONE

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

NONE

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

VA | U.S. Department of Veterans Affairs
Office of General Counsel

Torts Law Group (021)
810 Vermont Ave NW
Washington, DC 20420

Phone: (202) 461-4900

In Reply Refer To: GCL 484556

**Certified Mail #7019 2280 0000 6144 8051**

January 6, 2021

Mr. Donovan J. Foster, Jr.
[redacted]

Re: Administrative tort claim

Dear Mr. Foster:

The U.S. Department of Veterans Affairs (VA) received your administrative tort claim on November 6, 2020 asserting $92,288,776,984.00 in damages with incident date 11/19/2019 and alleging negligent loss or mislabeled service department records that resulted in denial of VA benefits in 2010 as well as timely and effective treatment which caused progression of your conditions and permanent and total disability.

The Federal Tort Claims Act (FTCA), sections 1346(b) and 2671-2680, title 28, United States Code, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, injures another by a negligent or wrongful act or omission. Liability is determined by law of the State where the tort occurred (section 2674, title 28, United States Code).

The allegations in your tort claim involve the administration of VA benefits and not a tort under State law. Consequently, your claim fails to allege a claim cognizable under the FTCA and therefore, there is no jurisdiction to consider the claim under the FTCA. Accordingly, your tort claim is denied.

Generally, information on filing benefit claims and appeals with VA can be found at https://www.vets.gov/disability-benefits/. VA's decisions and actions on such **benefit** claims may be reviewed only by the United States Court of Appeals for Veterans Claims and the United States Court of Appeals for the Federal Circuit and may not be reviewed by any other court (sections 511, 7252, and 7292, title 38, United States Code). If an error did occur in relation to handling your benefits, you may pursue an appeal through that exclusive review process.

If you are dissatisfied with this denial of this **tort** claim, you may file suit directly under the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a proper Federal District Court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial. See, section 2401(b), title 28, United States Code. In any FTCA lawsuit, the property party defendant is the United States, not the Department of Veterans Affairs (or an individual health care provider).

Please note that FTCA claims are governed by a combination of federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA legal staff handling FTCA claims work for the federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,



Cynthia Hernandez
Deputy Chief Counsel

COVER SHEET

February 13, 2021

FROM:

Donovan Juan Foster Jr

[redacted]

TO:

U.S. Department of Veterans Affairs

Office of General Counsel

Torts Law Group

810 Vermont Avenue, NW

Washington, DC 20420

RE: Submittal and Notice of Federal Tort Claims Act tort claim

*Please confirm receipt of this fax within 48 business hours. Thank you in advance.

Donovan Juan Foster Jr.
[redacted]

February 13, 2021

U.S. Department of Veterans Affairs
Office of General Counsel
Torts Law Group
810 Vermont Avenue, NW
Washington, DC 20420

RE: Federal Tort Claims Act tort claim

Please be advised this is a notice of a submission of a Federal Tort Claims Act tort claim to be paid by your federal agency i.e. U.S. Department of Veterans Affairs. All dates are to be confirmed via your office once confirmation of receipt of this fax is provided to myself Donovan Juan Foster Jr and direction is given to the claimant myself Donovan Juan Foster Jr. of any lacking parts of this notice or needed information for your office to process this claim with full and total payment provided. All correspondence is to be undertaken via the United States Postal Service certified mail return receipt without exception. In addition, if your office so cares to you may email a electronic copy to the email address provided above.

Please be advised a clear and unmistakable error has been identified by your federal agency; the letter admitting the commission of this clear and unmistakable error is dated November 26, 2019. This flagrant act of negligence has caused infinite and continuous harm to myself Donovan Juan Foster Jr.

Please provide payment in the amount of fifty (50) million USD via check to the following address:

[redacted]

Or alternatively reach out to myself Donovan Juan Foster Jr. at the contact information provided above for direct deposit information.

Please be advised any further dereliction of duty, subpar processing of this Federal Torts Claims Act tort claim, any activity deemed suspicious by myself Donovan Juan Foster Jr, and any wavering from the United States Code in the processing of this Federal Torts Claims Act tort will result in the full exercise of my rights, powers, and assets provided to myself Donovan Juan

Foster Jr. as an American Citizen. Please be informed the claimant Donovan Juan Foster Jr is holding this matter in the utmost concern and it is advised that your office does as well. Thank you in advance.

Best Regards,

Donovan Juan Foster Jr.

COVER SHEET

FEBRUARY 13, 2021

FROM:

Donovan Juan Foster Jr

[redacted]

TO:

U.S. Department of Veterans Affairs

Office of General Council

Torts Law Group

810 Vermont Avenue, NW

Washington, DC 20420

RE:

GCL-484556

Certified mail #70192280000061448051

*Please confirm receipt of this fax within 48 business hours. Thank you in advance.

Donovan Juan Foster Jr.
[redacted]

February 12, 2021

Department of Veterans Affairs
Office of General Counsel
Torts Law Group
810 Vermont Avenue, NW
Washington, DC 20420

RE: Notice of right to and execution of reconsideration concerning GCL-484556 certified mail #70192280000061448051

Please be advised I Donovan Juan Foster Jr via this notice am executing my rights for reconsideration concerning GCL-484556. Please stand by as documents necessary for your offices to properly process my reconsideration are to follow. The documents will be provided via fax number +1-202-273-6385 and or the follow address:

Department of Veterans Affairs
Office of General Counsel
Torts Law Group
810 Vermont Avenue, NW
Washington, DC 20420

Please be advised any manipulation, retaliation, lack of due diligence and or subpar processing of my reconsideration can or may result in criminal prosecution, congressional investigation, and or the committing of negligence by your federal agency.

Thank you in advance.

Best Regards,
Donovan Juan Foster Jr.

U.S. Department of Veterans Affairs
Office of General Counsel

Office of Chief Counsel (02)
Southeast District – South
7305 N. Military Trail, Rm. 4B-352
West Palm Beach, FL 33410

In Reply Refer To: 484556

Via Certified Mail 7013 0600 0001 9398 7253

September 21, 2021

Donovan Foster
[redacted]

Subject: Administrative Tort Claim - Request for Reconsideration

Dear Mr. Foster:

This office has now completed reconsideration of the above-referenced matter under the Federal Tort Claims Act (FTCA), and it is again denied as falling beyond the jurisdiction of the FTCA.

Further action on this matter may be instituted in accordance with the FTCA, sections 1346(b) and 2671-2680, title 28, United States Code, which provides, in effect, that a tort claim that is administratively denied may be presented to a Federal district court for judicial consideration. Such a suit must be initiated, however, within 6 months after the date of mailing of this notice of final denial as shown by the date of this letter (section 2401(b), title 28, United States Code). If such a suit is filed, the proper party defendant would be the United States, not VA.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel