# DECLARATION OF OSWALDO TAPIA

I, Oswaldo Tapia, do hereby declare and state as follows:

1. I am a ____Coach____________________ employed by the U.S. Department of Veterans Affairs ("VA"), Veterans Benefits Administration (VBA). I have held this position since __March 4, 2018____________________. I make the following factual statements based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. The VBA is responsible for processing veterans' benefits claims, investigating the claims, and making determinations on whether the claims are approved or denied. The VBA maintains the records of all administrative claims and related records dating back to the beginning of a veteran's request for compensation.

3. As part of my employment with the VBA, I am familiar with and have regular access to the VBA's databases for storing records related to administrative claims, which in my experience is well maintained and up to date. I regularly access these databases in the performance of my job duties.

4. On or around October 6, 2009, the VBA received an Application for Compensation and/or Pension from Donovan J. Foster. Attached hereto as Exhibit 1 is a true and correct copy of the Application.

5. On or around May 3, 2010, the VA sent Mr. Foster a letter informing him of its inability to obtain Mr. Foster's service medical records and requested that he provide supporting documents. Attached hereto as Exhibit 2 is a true and correct copy of this letter.

6. On or around May 21, 2010, the VA denied Mr. Foster's application. Attached hereto as Exhibit 3 is a true and correct copy of this denial letter.

7. The VBA has no records indicating that Mr. Foster appealed the VA's decision, submitted a Request for Reconsideration, or filed an administrative tort claim in response to its May 21, 2010 denial referenced in Paragraph 6.

8. On or around February 13, 2019, the VA received an Application for Disability Compensation and Related Compensation Benefits from Mr. Foster. Attached hereto as Exhibit 4 is a true and correct copy of this application.

9. On or around April 27, 2019, the VA issued a Rating Decision granting service-connected disability benefits for Mr. Foster. Attached hereto as Exhibit 5 is a true and correct copy of this letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __3rd_____ day of March, 2023, at San Juan, Puerto Rico.

____Oswaldo Tapia___________________________

Oswaldo Tapia

Department of Veterans Affairs

OMB Approved No. 2900-0001
Respondent Burden: 1 hour 30 minutes

(DO NOT WRITE IN THIS SPACE)

# VETERAN'S APPLICATION FOR COMPENSATION AND/OR PENSION, VA Form 21-526, Part A: General information

Please read the attached "General Instructions" before you fill out this form.

## SECTION I Tell us what you are applying for

Check the box that says what you are applying for. Be sure to complete the other Parts you need.

1. What are you applying for? If you are unsure please refer to the "General Instructions" page 2 Section 1: Preparing your application

- [X] Compensation ➤ Fill out Part A of VA Form 21-526 and Parts B and C
- [ ] Pension ➤ Fill out Part A of VA Form 21-526 and Parts C and D
- [ ] Compensation and Pension ➤ Fill out Part A of VA Form 21-526 and Parts B, C and D

2a. Have you ever filed a claim with VA
- [X] No *(If "No," skip Item 2b and go to Item 3)*
- [ ] Yes ______ *(Go to 2b)* *(If "Yes," provide file number below)*

2b. I filed a claim for
- [ ] Compensation
- [ ] Pension
- [ ] Other ______

## SECTION II Tell us about you

We need information about you to process your claim faster.

3. What is your name?

| Donovan | Juan | Foster | Jr. |
|---|---|---|---|
| First | Middle | Last | Suffix (If applicable) |

4. What is your Social Security [redacted]

5. What is your sex?
- [X] Male
- [ ] Female

6a. Did you serve under another name?
- [ ] Yes *(If "Yes," go to Item 6b)*
- [X] No *(If "No," go to Item 7)*

6b. Please list the other name(s) you served under

Give us your current mailing address in the space provided. If it will change within the next three months, give us that new address in block 29 "Remarks." Also in block 29, give us the date you think you will be at the new address.

7. What is your address?

[redacted]

8. What are your telephone numbers?

[redacted]

9. What is your e-mail address?

[redacted]

10. What is your date of birth?

[redacted]

11. Where were you born?

OWCP used to be called the U.S. Bureau of Employees Compensation

12a. Are you receiving disability benefits from the Office of Workers' Compensation *(OWCP)*?
- [ ] Yes
- [X] No

( If "Yes," answer 12b and 12c also)

12b. When was the claim filed? ___/___

12c. What disability are you receiving benefits for?

13a. What is the name of your nearest [redacted]

13b. What is his/her telephone number?

EP est. ___ EP pend. 110 NAN
DOC 10/6/09 DOC
DATE OF ACTION 10/8/09
J.C.

## SECTION III Tell us about your active duty

1. Enter complete information for all periods of service. If more space is needed use Item 29 "Remarks".

2. Attach your original DD214 or a certified copy to this form. (We will return original documents to you.)

| | | | |
|---|---|---|---|
| **14a.** I entered active service the first time. 10/10/2007 (mo day yr) | **14b.** Place: | **14c.** My service number was . . . | |
| **14d.** I left this active service. . . 7/23/2008 (mo day yr) | **14e.** Place: | **14f.** Branch of Service | **14g.** Grade, rank, or rating |
| **14h.** I entered my second period of active service. . . / / (mo day yr) | **14i.** Place: | **14j.** My service number was . . . | |
| **14k.** I left this active service. . . / / (mo day yr) | **14l.** Place: | **14m.** Branch of Service | **14n.** Grade, rank, or rating |

**15a.** Did you serve in Vietnam?

☐ Yes ☒ No

(If "Yes," answer Item 15b also)

**15b.** When were you in Vietnam?

from / / (mo day yr) to / / (mo day yr)

The VA has a registry of veterans who served in the Gulf War. This area has also been called the "Persian Gulf." If you served there, we will include your name in the registry. If you want your medical information included, you must check "Yes" in Item 16b. For more information about the registry, see page 4 of the General Instructions for VA Form 21-526.

**16a.** Were you stationed in the Gulf after August 1, 1990?

☐ Yes ☒ No

(If "Yes," answer Item 16b also)

**16b.** Do you want to have medical and other information about you included in the "Gulf War Veterans' Health Registry?"

☐ Yes ☒ No

**17a.** Have you ever been a prisoner of war?

☐ Yes ☒ No

(If "Yes," answer Items 17b, 17c, and 17d also)

**17b.** What country or government imprisoned you?

**17c.** When were you confined?

from / / (mo day yr) to / / (mo day yr)

**17d.** What was the name of the camp or sector and what are the names of the city and country near its location

## SECTION IV Tell us about your reserve duty

**18a.** Are you currently assigned to an active reserve unit?

☐ Yes ☒ No

(If "Yes," answer Item 18b also)

**18b.** What is the name, mailing address, and telephone number of your current unit?

**18c.** Were you previously assigned to an active reserve unit within the last 2 years?

☐ Yes ☐ No

(If "Yes," answer Item 18d also)

**18d.** What is the name, mailing address, and telephone number of that unit?

**SECTION IV (Continued) Tell us about your reserve duty**

**18e.** Do you have an inactive reserve obligation? (You perform no active duty, but you could be activated if there was a national emergency)

☐ Yes ☒ No ☐ Don't know

(If "Yes," answer Item 18f also)

**18f.** What is your reserve obligation termination date?

__/__/__ mo day yr

***Instructions 18g-18k***

If you are currently or have ever been a full time reservist for operational or support duty,

1. Complete 18g-18k for that service only.
2. Attach proof of reserve service

**18g.** I entered reserve service. . .

__/__/__ mo day yr

Place:

**18h.** My service number was . . .

**18i.** I left reserve service. . .

__/__/__ mo day yr

Place:

**18j.** Branch of service

**18k.** Grade, rank, or rating

***Instructions 18l-18p***

If your disability occurred or was aggravated during any period of reserve duty,

1. Complete 18l-18p for the period when your disability occurred.
2. Attach proof that your disability occurred during reserve service.

**18l.** I entered reserve service. . .

__/__/__ mo day yr

Place:

**18m.** My service number was . . .

**18n.** I left reserve service. . .

__/__/__ mo day yr

Place:

**18o.** Branch of service

**18p.** Grade, rank, or rating

**SECTION V Tell us about your National Guard duty**

**19a.** Are you currently a member of the National Guard?

☐ Yes ☒ No ☐ Not assigned yet

(If "Yes," answer Item 19b also)

**19b.** What is the name, mailing address, and telephone number of your current unit?

**19c.** Were you previously assigned to a guard unit within the last 2 years?

☐ Yes ☐ No

(If "Yes," answer Item 19d also)

**19d.** What is the name, mailing address, and telephone number of that unit?

***Instructions 19e-19i***

If you were activated to Federal Active Duty under the Authority of Title 10, United States Code,

1. Complete 19e-19i for that service only
2. Attach proof of this Federal Active Duty.

**19e.** I entered Federal Active Duty. . .

__/__/__ mo day yr

Place:

**19f.** My service number was . . .

**19g.** I left Federal Active Duty. . .

__/__/__ mo day yr

Place:

**19h.** Branch of service

**19i.** Grade, rank, or rating

***Instructions 19j-19n***

If your disability occurred or was aggravated during any period of guard duty,

1. Complete 19j-19n for the period when your disability occurred
2. Attach proof that your disability occurred during National Guard Service.

**19j.** I entered National Guard. . .

__/__/__ mo day yr

Place:

**19k.** My service number was . . .

**19l.** I left National Guard. . .

__/__/__ mo day yr

Place:

**19m.** Branch of service

**19n.** Grade, rank, or rating

| SECTION VI Tell us about your travel status | 20a. Were you injured while traveling to or from your military assignment? (If "Yes," answer Items 20b thru 20e and Section I of Part B: Compensation) ☐ Yes ☒ No | 20b. When did your injury happen? __/__/__ mo day yr | 20c. Where did your injury happen? (City,State,Country) | 20d. Where were you treated? (Provide name and address of Doctor's office, hospital, etc.) | 20e. What agency did you file an accident report with? |
|---|---|---|---|---|---|

## SECTION VII Tell us about your military benefits

When you file this application, you are telling us that you want to get VA compensation instead of military retired pay. If you currently receive military retired pay, you should be aware that we will reduce your retired pay by the amount of any compensation that you are awarded. VA will notify the Military Retired Pay Center of all benefit changes.

**You must sign 21e if you want to keep getting military retired pay instead of VA compensation.**

Please see page 4 of the General Instructions for VA Form 21-526.

If you have gotten both military retired pay and VA compensation, some of the amount you get may be recouped by VA, or in the case of VSI, by the Department of Defense

**21a.** Are you receiving or will you receive retired or retainer pay that is based on your military service?

☐ Yes ☒ No

(If "Yes," answer Items 21b thru 21f. If "No," skip to Item 22)

**21b.** What branch of service is paying or will pay your retired or retainer pay?

**21c.** What is the monthly amount? $ ____.

**21d.** What is your retirement based on?

☐ Length of service ☐ Disability ☐ TDRL (Temporary Disability Retired List)

**21e.** Sign here if you want to receive military retired pay *instead of* VA compensation

______________________________

**21f.** Have you received or will you receive any of the following military benefits?
**(Please check the appropriate boxes and tell us the amount)**

| *Benefit* | *Amount* |
|---|---|
| (1) ☐ Lump Sum Readjustment Pay | $ . |
| (2) ☐ Separation pay under 10 USC 1174 | $ . |
| (3) ☐ Special Separation Benefit (SSB) | $ . |
| (4) ☐ Voluntary Separation Incentive (VSI) | $ . |
| (5) ☐ Disability Severance Pay (name of disability________) | $ . |
| (6) ☐ Other (tell us the type of benefit________) | $ . |

## SECTION VIII Give us direct deposit information

If benefits are awarded we will need more information in order to process any payments to you. Please read the paragraph starting with, *"All federal payments..."* and then either:

1. Attach a voided check, or
2. Answer questions 22-24 to the right.

All federal payments beginning January 2, 1999, must be made by electronic funds transfer (EFT) also called Direct Deposit. Please attach a voided personal check or deposit slip or provide the information requested below in Items 22, 23 and 24 to enroll in Direct Deposit. If you do not have a bank account we will give you a waiver from Direct Deposit, just check the box below in Item 22. The Treasury Department is working on making bank accounts available to you. Once these accounts are available, you will be able to decide whether you wish to sign-up for one of the accounts or continue to receive a paper check. You can also request a waiver if you have other circumstances that you feel would cause you a hardship to be enrolled in Direct Deposit. You can write to: Department of Veterans Affairs, 125 S. Main Street Suite B, Muskogee OK 74401-7004, and give us a brief description of why you do not wish to participate in Direct Deposit.

**22.** Account number (Please check the appropriate box and provide that account number, if applicable)

☒ Checking

☐ Savings

☐ I certify that I **do not** have an account with a financial institution or certified payment agent

Account number [redacted]

**23.** Name of financial institution Armed Forces Bank

**24.** Routing or transit number [redacted]

**Department of Veterans Affairs**

# VA Form 21-526, Part C: Dependency

**Use this form to tell us more about your dependents. Remember that you must also fill out a VA Form 21-526, Part A: General Information, Part B and/or Part D, for your application to be processed. Be sure to write your name and Social Security number in the space provided on page 3.**

## SECTION I Tell us about your marriage

NOTE: You should provide a copy of your marriage certificate.

1. What is your marital status?
☐ Married ☐ Surviving Spouse ☐ Divorced ☒ Never married
(If your spouse died, you are "divorced," or "never married" skip to Section III beginning on page 2)

2. When were you married?
___/___/___
mo day yr

3. Where did you get married?
(city/state or country)
______________________

4. What is your spouse's name?
______________________
First Middle Last

5. When is your spouse's birthday?
___/___/___
mo day yr

6. What is your spouse's Social Security number?
______________________

7a. Is your spouse also a veteran?
☐ Yes ☐ No
(If "Yes," answer Item 7b also)

7b. What is your spouse's VA file number (If any)?
______________________

8. Do you live with your spouse?
☐ Yes
☐ No

9. What is your spouse's address?
______________________
Street address, rural route, or P.O. Box Apt. number
______________________
City State Zip code Country

10. Tell us why you are not living with your spouse

11. How much do you contribute monthly to your spouse's support?
$ _______ . ___

12. How were you married?

a. ☐ Ceremony by a clergyman or other authorized public official
b. ☐ Common-law
c. ☐ Tribal
d. ☐ Proxy
e. ☐ Other (please describe in the space below)

______________________
______________________
______________________

## SECTION II Tell us about any previous marriages

NOTE: You should provide copies of divorce decrees or death certificates

In the table below, tell us about:
- Your previous marriages, and
- Your spouse's previous marriages

### Your previous marriages

13a. How many times have you been married before? ____________

| 13b. When were you married? | 13c. Where were you married? (city/state or country) | 13d. Who were you married to? (first, middle initial, last) | 13e. When did your marriage end? | 13f. Why did your marriage end? (death, divorce) | 13g. Where did your marriage end? (city/state or country) |
|---|---|---|---|---|---|
| / / mo day yr | | | / / mo day yr | | |
| / / mo day yr | | | / / mo day yr | | |

### Your spouse's previous marriages

14a. How many times has your current spouse been married before? ____________

| 14b. When was your spouse married? | 14c. Where was your spouse married? (city/state or country) | 14d. Who was your spouse married to? (first, middle initial, last) | 14e. When did your spouse's marriage end? | 14f. Why did your spouse's marriage end? (death, divorce) | 14g. Where did your spouse's marriage end? (city/state or country) |
|---|---|---|---|---|---|
| / / mo day yr | | | / / mo day yr | | |
| / / mo day yr | | | / / mo day yr | | |

## SECTION III Tell us about your other dependents

In this section we want to know whether your parents are financially dependent on you (Question 15) and more about your **dependent children.** VA may recognize a veteran's biological children, adopted children, and stepchildren as dependent. These children must be unmarried and:
- be under the age of 18, **or**
- be at least 18 but under 23 and pursuing an approved course of education, **or**
- have become permanently unable to support themselves before reaching the age of 18.

You should provide: a copy of the public record of birth for each child or a copy of the court record of adoption for each adopted child.

**15.** Are your parents financially dependent on you?

☐ Yes ☒ No (If "Yes," we will request additional information from you later.)

**16.** Do you have dependent children?

☐ Yes (If "No," Skip Items 17-21f.) Go to the bottom of page 3 and write your name and Social Security number.)

☒ No

**17.** How many dependent children do you have?

Ø

Give us more information about these children in the tables on the next page (Items 18 through 21f).

# ATTACHED NOTES PAGE

claim

Revision Date: September 2015

**Department of Veterans Affairs**

# VA Form 21-526, Part B: Compensation

**Use this form to apply for compensation. Remember that you must also fill out a VA Form 21-526, Part A: General Information, for your application to be processed. Be sure to write your name and Social Security number in the space provided on page 2.**

## SECTION I — Tell us about your disability

In the table below, tell us more about your disability or disabilities. Be sure to:

- List all disabilities you believe are related to military service.
- List all the treatments you received for your disabilities, including
  - treatments you received in a military facility before and after discharge.
  - treatments you received from civilian and VA sources before, during, and after your service.

| 1. What disability are you claiming? | 2. When did your disability begin? (mo day yr) | 3b. When were you treated? from (mo day yr) | to (mo day yr) | 4a. What medical facility or doctor treated you? | 4b. What is the address of that medical facility or doctor? |
|---|---|---|---|---|---|
| ~~missing a part of my~~ | ~~/ /08~~ | ~~/ /~~ | ~~/ /~~ | | |
| missing part of my pointer finger | / /08 | / / | / / | | |
| The fact I am missing part of my finger makes me sad sometimes & the fact people don't want me to touch them does as well | / /09 | / / | / / | | |
| | / / | / / | / / | | |
| | / / | / / | / / | | |
| Ocassional Back pain that I never had before | / /07 | / / | / / | | |
| | / / | / / | / / | | |
| Depression Secondary To Pointer Finger Condition | / / | / / | / / | | |
| | / / | / / | / / | | |

**SECTION II** — **Tell us if any of the disabilities you listed on Page 1 were because of exposures**

| | | |
|---|---|---|
| **5a.** Were you exposed to Agent Orange or other herbicides?<br>☐ Yes ☐ No | **5b.** What is your disability? | **5c.** In what country were you exposed? |
| **6a.** Were you exposed to asbestos?<br>☐ Yes ☐ No<br>(If "Yes," answer Item 6b and 6c also) | **6b.** What is your disability?<br>**6c.** When and how were you exposed? | |
| **7a.** Were you exposed to mustard gas?<br>☐ Yes ☐ No<br>(If "Yes," answer Item 7b and 7c also) | **7b.** What is your disability?<br>**7c.** When and how were you exposed? | |
| **8a.** Were you exposed to ionizing radiation?<br>☐ Yes ☐ No<br>(If "Yes," answer Items 8b, 8c, and 8d also) | **8b.** What is your disability? | **8c.** When was your last exposure?<br>__/__/__<br>mo day yr |
| **8d.** How were you exposed to radiation? | ☐ Atmospheric testing<br>☐ Nagasaki/Hiroshima<br>☐ Other, ______ | |
| **9a.** Were you exposed to an environmental hazard in the Gulf War?<br>☐ Yes ☐ No<br>(If "Yes," answer Items 9b and 9c also) | **9b.** What is your disability? | **9c.** What was the hazard? |
| **10a.** Did you have a separation or retirement physical examination?<br>☐ Yes ☐ No<br>(If "Yes," answer Items 10b and 10c also) | **10b.** When was the exam?<br>__/__/__<br>mo day yr | **10c.** Where did the exam occur? |

**SECTION III** — **Tell us how your disabilities listed on Page 1 are related to your military service**

**11. Explanation** I always had a scar on that finger since I was young while in service I believe I picked at and possibly chewed on it resulting in a loss of the numb part ~~I'm didnt~~ PT under high stress not realizing what was happening to my finger. I started the Army w/ 5 fingers.

| **Your Name** | **Your Social Security Number** |
|---|---|
| | |

21-526 , Part B page 2

# ATTACHED NOTES PAGE

not addressing
scar - issue is
missing part of
finger

Revision Date: September 2015

## SECTION III Tell us about your dependents (continued)

| 18a. What is the name of your unmarried child(ren)? (first, middle initial, last) | 18b. Date and place of birth (city/state or country) | 18c. Social Security Number | 19a. Biological | 19b. Adopted | 19c. Stepchild | 20a. 18-23 yrs. old and in school | 20b. Seriously disabled before age 18 | 20c. Child previously married |
|---|---|---|---|---|---|---|---|---|
| | / / mo day yr Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | / / mo day yr Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | / / mo day yr Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | / / mo day yr Place: | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Tell us about your dependents listed above who *don't live with you***

**21a.** Do all the children listed above live with you?

☐ Yes (If "Yes," skip Items 21b thru 21f and write your name and Social Security number below.)

☐ No (If "No," complete Item 21b and the table below (Items 21c -21f) and write your name and Social Security number below.)

**21b.** How many of the children do not live with you?

____________

| 21c. What is the name of your child? (first, middle initial, last) | 21d. What is your child's complete address? | 21e. What is the name of the person your child lives with (If applicable)? (first, middle initial, last) | 21f. How much do you contribute each month to the support of your child? |
|---|---|---|---|
| | | | $ . |
| | | | $ . |
| | | | $ . |
| | | | $ . |

| **Your name** | **Your Social Security Number** |
|---|---|
| | |

DEPARTMENT OF VETERANS AFFAI[RS]
Regional Office
P.O. Box 310909
Newington CT 06131-0909

OFFICIAL
FILE COPY

May 03, 2010

DONOVAN FOSTER
[redacted]

In reply, refer to:
308/211/ajc
File Number: 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
Donovan Foster

**IMPORTANT -- reply needed**

Dear Mr. Foster:

***In order to help get a decision on your claim as quickly as possible, the Hartford Regional Office is assisting the regional office in your home state in requesting evidence in support of your claim. Please send your correspondence to the return address identified at the top of this page. Once we have received all the necessary evidence, we will make a decision on your claim and return your file to the office in your home state.***

***We have enclosed a self-addressed envelope for your use in providing our office with evidence in support of claim. If you are unable to use this envelope for returned correspondence, please mark the outside of your correspondence with "308 / 21 NY" as this is vital to your claim.***

We are writing in connection with the claim that you filed on October 6, 2009 however we have been unsuccessful in obtaining your Service Treatment Records from your Army/Army National Guard service. We have conducted an extensive and thorough search of your records.

We have requested your service records from our Records Management Center, St. Louis, Missouri, but your Service Medical Records were not located. The National Personnel Records Center has conducted an extensive and thorough search for your records.

We have additionally contacted the Medical Command Unit for the National Guard in Phoenix, AZ, but your Service Medical Records were not located at their location either.

**Please send** any originals or copies of your medical records in your possession for all periods of service. We will return original documents to you.

## How Soon Should You Send It?

You should respond **within 10 days** from the date of this letter. The VA will decide Your claim, since we have completed all attempts to get relevant evidence.

File Number: 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
Donovan Foster

## How Can You Help?

You may be able to furnish documents that can substitute for service medical records. Submit any original or certified copies of the following documents you have that relate to your disability during service: (If you only have photocopies, send them.

- Statements from military medical personnel (nurses, medics, corpsmen, doctors)
- "Buddy" certificates or affidavits -
  (A "buddy" certificate or affidavit is a statement by a person who knew you when you were in service and knows of any disability you had while on active duty. The statement should state the dates and places they saw the condition(s) and should describe what they saw. If the person making the statement was on active duty at the time, they should show their service number and unit of assignment.)
- State or local accident and police reports
- Employment physical examinations
- Medical evidence from hospitals, clinics and private physicians by which or by whom you may have been treated after separation
- Letters written during service
- Photographs taken during service
- Pharmacy prescription records
- Insurance examinations

## Where Should You Send What We Need?

Please send what we need to this address:

Department of Veterans Affairs
Regional Office
P.O. Box 310909
Newington CT 06131-0909

## How Can You Contact Us?

If you are looking for general information about benefits and eligibility, you should visit our web site at http://www.va.gov. Otherwise, you can contact us in several ways. Please give us your VA file number, **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**, when you do contact us.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- Send us an inquiry using the Internet at https://iris.va.gov.
- Write to us at the address at the top of this letter.

We look forward to resolving your claim in a fair and timely manner.

Sincerely yours,

ENA LIMA

ENA LIMA
Veterans Service Center Manager

Enclosure: Self-addressed envelope

May 21, 2010

**DEPARTMENT OF VETERANS AFFAIRS**
**Hartford Regional Office**
**P.O. Box 310909**
**Newington CT 06131**

DONOVAN FOSTER
[redacted]

In Reply Refer To: 308/211
CSS 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
FOSTER, Donovan

Dear Mr. Foster:

We made a decision on your original disability claim for service connected compensation received on October 6, 2009. Based on a review of the evidence listed, we have made the following decision on your claim.

No service medical records were available for review. Efforts to obtain service medical records from all potential sources were unsuccessful. If these records are located at a later date this decision will be reconsidered.

This letter tells you what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What We Decided

We determined that the following conditions were not related to your military service, so service connection couldn't be granted:

| **Medical Description** |
|---|
| Missing part of the pointer finger |
| Back condition |
| Depression associated with missing part of the pointer finger |

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered, and the reasons for our decision. Your Rating Decision and this letter constitute our decision based on your claim received on October 6, 2009. It represents all claims we understood to be specifically made, implied, or inferred in that claim.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## If You Have Questions or Need Assistance

If you have any questions, you may contact us by telephone, e-mail, or letter.

| **If you** | **Here is what to do.** |
|---|---|
| Telephone | Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.va.gov. |
| Write | Put your full name and VA file number on the letter. Please send all correspondence to this address:<br>DEPARTMENT OF VETERANS AFFAIRS<br>NEW YORK REGIONAL OFFICE<br>245 W HOUSTON ST.<br>NEW YORK, NY 10014 |

In all cases, be sure to refer to your VA file number 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.

If you are looking for general information about benefits and eligibility, you should visit our website at https://www.va.gov, or search the Frequently Asked Questions (FAQs) at https://iris.va.gov.

We have no record of you appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans' service organizations and/or representatives. Veterans' service organizations, which are recognized or approved to provide services to the veteran community, can also help you with any questions.

Sincerely yours,

*Ena Lima*

ENA LIMA
Veterans Service Center Manager

Email us at: https://iris.va.gov

Enclosures: Rating Decision
VA Form 4107

211/134/fmd

VA Claims Intake Center – 02132019

OMB Control No. 2900-0747
Respondent Burden: 25 minutes
Expiration Date: 03/31/2021

**Department of Veterans Affairs**

# APPLICATION FOR DISABILITY COMPENSATION AND RELATED COMPENSATION BENEFITS

VA DATE STAMP (DO NOT WRITE IN THIS SPACE)

**IMPORTANT:** Please read the Privacy Act and Respondent Burden on page 12 before completing the form.

1. SELECT THE TYPE OF CLAIM PROGRAM PROCESS *(Check the appropriate box) (See instruction pages 1-3 for definitions of the Fully Developed Claim (FDC) Program (Optional Expedited Process) or the Standard Claim Process. See instruction page 5 for the definition of a Benefits Delivery at Discharge (BDD) Program Claim)*

☐ FULLY DEVELOPED CLAIM (FDC) PROGRAM ☐ STANDARD CLAIM PROCESS

☐ IDES (Select this option ***only*** if you have been referred to the IDES Program by your Military Service Department)

☐ BDD Program Claim (Select this option ***only*** if you meet the criteria for the BDD Program specified on Instruction Page 5)

**NOTE:** You can *either* complete the form online or by hand. If completed by hand, print the information requested in ink, neatly, and legibly to expedite processing of the form.

## SECTION I: IDENTIFICATION AND CLAIM INFORMATION

2. VETERAN SERVICE MEMBER NAME *(First, Middle Initial, Last)*
Donovan Foster

3. VETERAN'S SOCIAL SECURITY NUMBER *(SSN)*
[redacted]

4. HAVE YOU EVER FILED A CLAIM WITH VA?
☒ YES ☐ NO *(If "Yes," provide your file number in Item 5)*

5. VA FILE NUMBER

6. DATE OF BIRTH *(MM,DD,YYYY)*
Month Day Year
[redacted]

7. VETERAN'S SERVICE NUMBER *(If applicable)*

8. GENDER
☒ MALE ☐ FEMALE

9. BDD CLAIMS ***ONLY:*** **PROVIDE THE DATE OR ANTICIPATED DATE OF RELEASE FROM ACTIVE DUTY** *(MM,DD,YYYY)*
Month Day Year

10. TELEPHONE NUMBER(S) *(Include Area Code)*
Daytime: (212) 920-1477
Evening:
Cell phone:

11. CURRENT MAILING ADDRESS *(Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)*
No. & Street [redacted]
Apt. Unit
State Pr

12. EMAIL ADDRESS *(Optional)*
[redacted]

☐ 13. IF YOU ARE CURRENTLY A VA EMPLOYEE, CHECK THE BOX *(Includes Work Study/Internship) (If you are not a VA employee skip to Section II, if applicable)*

## SECTION II: CHANGE OF ADDRESS

**NOTE:** If you are temporarily or permanently changing your address, complete Items 14A through 14C.

14A. TYPE OF ADDRESS CHANGE *(Complete if applicable) (Check only one box)*
☐ TEMPORARY ☐ PERMANENT

14B. NEW ADDRESS *(Number and street or rural route, P.O. Box, City, State, ZIP Code and Country)*
No. & Street n/a
Apt. Unit Number City
State Province Country ZIP Code Postal Code

14C. EFFECTIVE DATE(S) OF NEW ADDRESS *(If your change of address is* ***temporary****, complete both the beginning and ending date of your temporary address) (If your change of address is* ***permanent****, please enter your effective date in the beginning date only)*

**BEGINNING DATE:** Month Day Year **ENDING DATE:** Month Day Year

VA Claims Intake Center – 02132019

VETERANS SOCIAL SECURITY NO. 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

## SECTION III: HOMELESS INFORMATION

**IMPORTANT**: The following questions (Items 15A through 15F) should ***only*** be completed if you are currently homeless or at risk of becoming homeless. If this item does not apply to you, skip to Section IV.

15A. ARE YOU CURRENTLY HOMELESS?

☐ YES *(If "Yes," complete Item 15B regarding your living situation)*

☒ NO

15B. CHECK THE BOX THAT APPLIES TO YOUR LIVING SITUATION:

☐ LIVING IN A HOMELESS SHELTER

☐ NOT CURRENTLY IN A SHELTERED ENVIRONMENT (e.g., living in a car or tent)

☐ STAYING WITH ANOTHER PERSON

☐ FLEEING CURRENT RESIDENCE

☐ OTHER (Specify): ______

15C. ARE YOU CURRENTLY AT RISK OF BECOMING HOMELESS?

☐ YES *(If "Yes," complete Item 15D regarding your living situation)*

☒ NO

15D. CHECK THE BOX THAT APPLIES TO YOUR LIVING SITUATION:

☐ HOUSING WILL BE LOST IN 30 DAYS

☐ LEAVING PUBLICLY FUNDED SYSTEM OF CARE (e.g., homeles shelter)

☐ OTHER (Specify): ______

15E. POINT OF CONTACT *(Name of person VA can contact in order to get in touch with you)*
n/a

15F. POINT OF CONTACT TELEPHONE NUMBER *(Include Area Code)*
n/a

## SECTION IV: CLAIM INFORMATION

16. LIST THE CURRENT DISABILITY(IES) OR SYMPTOMS THAT YOU CLAIM ARE RELATED TO YOUR MILITARY SERVICE AND OR SERVICE-CONNECTED DISABILITY *(If applicable, identify whether a disability is due to a service-connected disability; confinement as a prisoner of war; exposure to Agent Orange, asbestos, mustard gas, ionizing radiation, or Gulf War environmental hazards; or a disability for which compensation is payable under 38 U.S.C. 1151)*

**NOTE:** List your claimed conditions below. **See the following three examples for guidance on how to complete Section IV.**

| EXAMPLES OF DISABILITY(IES) | EXAMPLES OF EXPOSURE TYPE | EXAMPLES OF HOW THE DISABILITY(IES) RELATE TO SERVICE | EXAMPLES OF DATES |
|---|---|---|---|
| Example 1. HEARING LOSS | NOISE | HEAVY EQUIPMENT OPERATOR IN SERVICE | JULY 1968 |
| Example 2. DIABETES | AGENT ORANGE | SERVICE IN VIETNAM WAR | DECEMBER 1972 |
| Example 3. LEFT KNEE, SECONDARY TO RIGHT KNEE | | INJURED LEFT KNEE WHEN BRACE ON RIGHT KNEE FAILED | 6 11 2008 |

| | CURRENT DISABILITY(IES) | IF DUE TO EXPOSURE, EVENT, OR INJURY, PLEASE SPECIFY (e.g., Agent Orange, radiation) | EXPLAIN HOW THE DISABILITY(IES) RELATES TO THE IN-SERVICE EVENT/EXPOSURE/INJURY | APPROXIMATE DATE DISABILITY(IES) BEGAN OR WORSENED |
|---|---|---|---|---|
| 1. | Anxiety/depression/mental health issues | event | Servicemember was discriminated against for being LGBT in 2007-2008 | 2008 |
| 2. | tinnitus | exposure | training as combat medic | 2008 |
| 3. | bilateral hearing loss | exposure | traning as combat medic | 2008 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |

VA Claims Intake Center – 02132019

VETERANS SOCIAL SECURITY NO. 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

17. LIST VA MEDICAL CENTER(S) (VAMC) AND DEPARTMENT OF DEFENSE (DOD) MILITARY TREATMENT FACILITIES (MTF) WHERE YOU RECEIVED TREATMENT AFTER DISCHARGE FOR YOUR CLAIMED DISABILITY(IES) LISTED IN ITEM 16 AND PROVIDE TREATMENT DATES:

| A. ENTER THE DISABILITY TREATED AND NAME LOCATION OF THE TREATMENT FACILITY | B. DATE(S) OF TREATMENT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE**: IF YOU WISH TO CLAIM ANY OF THE FOLLOWING, COMPLETE AND ATTACH THE REQUIRED FORM(S) AS STATED BELOW (VA forms are available at www.va.gov vaforms).

| *For:* | *Required Form(s):* |
|---|---|
| Dependents | VA Form 21-686c and, if claiming a child aged 18-23 years and in school, VA Form 21-674 |
| Individual Unemployability | VA Form 21-8940 and 21-4192 |
| Post-Traumatic Stress Disorder | VA Form 21-0781 and 21-0781a |
| Specially Adapted Housing or Special Home Adaptation | VA Form 26-4555 |
| Auto Allowance | VA Form 21-4502 |
| Veteran Spouse Aid and Attendance benefits | VA Form 21-2680 or, if based on nursing home attendance, VA Form 21-0779 |

## SECTION V: SERVICE INFORMATION

18A. DID YOU SERVE UNDER ANOTHER NAME?

☐ YES *(If "Yes," complete Item 18B)* ☒ NO *(If "No," skip to Item 19A)*

18B. LIST THE OTHER NAME(S) YOU SERVED UNDER:

19A. BRANCH OFSERVICE *(Check all that apply)*

☐ ARMY ☐ NAVY ☐ MARINE CORPS ☐ AIR FORCE ☐ COAST GUARD

19B. COMPONENT *(Check all that apply)*

☐ ACTIVE ☐ RESERVES ☐ NATIONAL GUARD

20A. MOST RECENT ACTIVE SERVICE ENTRY DATE *(MM,DD,YYYY)*

Month Day Year

10/10/2007

20B. PLACE OF LAST OR ANTICIPATED SEPARATION

Fort Sam Houston, TX

20C. DID YOU SERVE IN A COMBAT ZONE SINCE 9-11-2001?

☐ YES ☐ NO

20D. ADDITIONAL PERIODS OF SERVICE *(Indicate enlistment and discharge dates, if applicable)*

| Enlistment Date(s) | Discharge Date(s) |
|---|---|
| 10/10/2007 | 07/23/2007 |

21A. ARE YOU CURRENTLY SERVING OR HAVE YOU EVER SERVED IN THE RESERVES OR NATIONAL GUARD?

☒ YES *(If "Yes," complete Items 21B thru 21F)*

☐ NO *(If "No," skip to Item 22A)*

21B. COMPONENT

☐ NATIONAL GUARD

☐ RESERVES

21C. OBLIGATION TERM OF SERVICE

Month Day Year

From:

To:

21D. CURRENT OR LAST ASSIGNED NAME AND ADDRESS OF UNIT:

Det 4 AZ RHC Moreand, Phoenix, AZ 85008

21E. CURRENT OR ASSIGNED PHONE NUMBER OF UNIT *(Include Area Code)*

n/a

RECEIVING INACTIVE DUTY TRAINING PAY?

☐ YES ☒ NO

22A. ARE YOU CURRENTLY ACTIVATED ON FEDERAL ORDERS WITHIN THE NATIONAL GUARD OR RESERVES?

☐ YES *(If "Yes," complete Items 22B & 22C)*

☒ NO

22B. DATE OF ACTIVATION: *(MM,DD,YYYY)*

Month Day Year

22C. ANTICIPATED SEPARATION DATE: *(MM,DD,YYYY)*

Month Day Year

23A. HAVE YOU EVER BEEN A PRISONER OF WAR?

☐ YES *(If "Yes," complete Item 23B)*

☒ NO

23B. DATES OF CONFINEMENT *(MM,DD,YYYY)*

| From: | | | To: | | |
|---|---|---|---|---|---|
| Month | Day | Year | Month | Day | Year |
| Month | Day | Year | Month | Day | Year |

VA Claims Intake Center – 02132019

VETERANS SOCIAL SECURITY NO. 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

## SECTION VI: SERVICE PAY (Retired Pay, Separation Pay, and Disability Severance Pay)

24A. ARE YOU RECEIVING MILITARY RETIRED PAY?

☐ YES *(If "Yes," complete Items 24C and 24D)*

☒ NO

24B. WILL YOU RECEIVE MILITARY RETIRED PAY IN THE FUTURE?

☐ YES *(If "Yes," explain below (e.g. future Reserve/National Guard retirement, pending MEB/PEB and also complete Items 24C and 24D)*

☐ NO

| 24C. BRANCH OF SERVICE | 24D. MONTHLY AMOUNT | 25. RETIRED STATUS |
|---|---|---|
| n/a | $ n/a | ☐ RETIRED ☐ PERMANENT DISABILITY RETIRED LIST ☐ TEMPORARY DISABILITY RETIRED LIST |

**IMPORTANT INFORMATION ON MILITARY RETIRED PAY (Includes all Uniformed Services Retired Pay):**
Submission of this application constitutes a waiver of military retired pay in an amount equal to VA compensation awarded, if you are entitled to both benefits. Your retired pay may be reduced by the amount of VA compensation awarded. Receipt of the full amount of military retired pay and VA compensation at the same time ***may*** result in an overpayment, which ***may*** be subject to collection. If you qualify for concurrent receipt of VA compensation and military retired pay, the waiver of retired pay will not apply. If you do not want to waive any retired pay to receive VA compensation, you should check the box in **Item 26**. **Note that if you check the box in Item 26, you will not receive VA compensation, if granted. If you are currently in receipt of VA compensation and you check the box in Item 26, your VA compensation will be terminated, if you are also eligible for military retired pay.**

**IMPORTANT: VA COMPENSATION PAY IS NON-TAXABLE. THEREFORE, VA COMPENSATION PAY MAY BE THE GREATER BENEFIT.**

☐ **26. Do NOT pay me VA compensation. I do NOT want to receive VA compensation in lieu of retired pay.**

**IMPORTANT INFORMATION ON SEPARATION/SEVERANCE PAY:**
VA compensation, if granted, may be withheld to recoup any disability severance or separation pay such as involuntary separation pay, voluntary separation pay, or special separation benefit, you receive from your branch of service. In addition, if you receive a Voluntary Separation Incentive (VSI), your VSI payments may be reduced if you are awarded VA compensation. Receipt of VA compensation and VSI at the same time may result in an overpayment of VSI, which ***may*** be subject to collection.

27A. HAVE YOU EVER RECEIVED SEPARATION PAY, DISABILITY SEVERANCE PAY, OR ANY OTHER LUMP SUM PAYMENT FROM YOUR BRANCH OF SERVICE?

☐ YES *(If "Yes," complete Items 27B through 27D)*

☒ NO

| 27B. DATE PAYMENT RECEIVED *(MM.DD.YYYY)* Month Day Year | 27C. BRANCH OF SERVICE | 27D. AMOUNT RECEIVED *(Provide pre-tax amount)* |
|---|---|---|
| n/a | n/a | $ n/a |

**IMPORTANT INFORMATION ON INACTIVE DUTY TRAINING PAY:**
You may elect to keep the active or inactive duty training pay you received from the military service department. However, to be legally entitled to keep your training pay, you must waive VA benefits for the number of days equal to the number of days for which you received training pay. In most instances, it will be to your advantage to waive your VA benefits and keep your training pay.

If you waive VA benefits to receive training pay by checking the box in **Item 28**, VA will retroactively adjust your VA award to withhold benefits equal to the total number of training days waived and at the monthly rate in effect for the fiscal year period for which you received training pay. This action may result in an overpayment of compensation, which ***may*** be subject to collection.

**IMPORTANT: VA COMPENSATION PAY IS NON-TAXABLE. THEREFORE VA COMPENSATION PAY MAY BE THE GREATER BENEFIT.**

☐ **28. Do NOT pay me VA compensation. I do NOT want to receive VA compensation in lieu of training pay.**

## SECTION VII: DIRECT DEPOSIT INFORMATION

The Department of Treasury requires all Federal benefit payments be made by electronic funds transfer (EFT), also called direct deposit. Please attach a voided personal check or deposit slip or provide the information requested below in **Items 30, 31 and 32** to enroll in direct deposit. If you do not have a bank account, you must receive your payment through Direct Express Debit MasterCard. To request a Direct Express Debit MasterCard you must apply at www.usdirectexpress.com or by telephone at 1-800-333-1795. If you elect not to enroll, you must contact representatives handling waiver requests for the Department of Treasury at 1-888-224-2950. They will encourage your participation in EFT and address any questions or concerns you may have.

☐ 29. I CERTIFY THAT I DO NOT HAVE AN ACCOUNT WITH A FINANCIAL INSTITUTION OR CERTIFIED PAYMENT AGENT *(If you check this box skip to Section VIII)*

30. ACCOUNT NUMBER *(Check only **one** box below and provide the account number)*

Account No.: ________ ☐ CHECKING ☐ SAVINGS

| 31. NAME OF FINANCIAL INSTITUTION *(Provide the name of the bank where you want your direct deposit)* | 32. ROUTING OR TRANSIT NUMBER *(The first nine numbers located at the bottom left of your check)* |
|---|---|
| n/a | |

VA Claims Intake Center – 02132019

VETERANS SOCIAL SECURITY NO. 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

## SECTION VIII: CLAIM CERTIFICATION AND SIGNATURE

### VETERAN/SERVICEMEMBER CERTIFICATION AND SIGNATURE

I certify and authorize the release of information. I certify that the statements in this document are true and complete to the best of my knowledge. I authorize any person or entity, including but not limited to any organization, service provider, employer, or government agency, to give the Department of Veterans Affairs any information about me, and I waive any privilege which makes the information confidential.

I certify I have received the notice attached to this application titled, ***Notice to Veteran/Service Member of Evidence Necessary to Substantiate a Claim for Veterans Disability Compensation and Related Compensation Benefits.***

I certify I have enclosed all the information or evidence that will support my claim, to include an identification of relevant records available at a Federal facility such as a VA medical center; **OR,** I have no information or evidence to give VA to support my claim; **OR,** I have checked the box in Item 1, on page 8, indicating I want my claim processed under the standard claim process because I plan to submit additional evidence in support of my claim.

| 33A. VETERAN SERVICE MEMBER SIGNATURE (**REQUIRED**) *(Sign in ink)* | 33B. DATE SIGNED |
|---|---|
| | 02/13/2019 |

## SECTION IX: WITNESSES TO SIGNATURE

| 34A. SIGNATURE OF WITNESS *(Sign in ink. If veteran signed above using an "X")* | 34B. PRINTED NAME AND ADDRESS OF WITNESS |
|---|---|
| 35A. SIGNATURE OF WITNESS *(Sign in ink. If veteran signed above using an "X")* | 35B. PRINTED NAME AND ADDRESS OF WITNESS |

## SECTION X: ALTERNATE SIGNER CERTIFICATION AND SIGNATURE

I certify that by signing on behalf of the claimant, that I am a court-appointed representative; **OR**, an attorney in fact or agent authorized to act on behalf of a claimant under a durable power of attorney; **OR**, a person who is responsible for the care of the claimant, to include but not limited to a spouse or other relative; **OR**, a manager or principal officer acting on behalf of an institution which is responsible for the care of an individual; **AND**, that the claimant is under the age of 18; **OR**, is mentally incompetent to provide substantially accurate information needed to complete the form, or to certify that the statements made on the form are true and complete; **OR**, is physically unable to sign this form.

I understand that I may be asked to confirm the truthfulness of the answers to the best of my knowledge under penalty of perjury. I also understand that VA may request further documentation or evidence to verify or confirm my authorization to sign or complete an application on behalf of the claimant if necessary. Examples of evidence which VA may request include: Social Security Number (SSN) or Taxpayer Identification Number (TIN); a certificate or order from a court with competent jurisdiction showing your authority to act for the claimant with a judge's signature and a date/time stamp; copy of documentation showing appointment of fiduciary; durable power of attorney showing the name and signature of the claimant and your authority as attorney in fact or agent; health care power of attorney, affidavit or notarized statement from an institution or person responsible for the care of the claimant indicating the capacity or responsibility of care provided; or any other documentation showing such authorization.

| 36A. ALTERNATE SIGNER SIGNATURE (**REQUIRED**) *(Sign in ink)* | 36B. DATE SIGNED |
|---|---|
| | |

## SECTION XI: POWER OF ATTORNEY (POA) SIGNATURE

I certify that the claimant has authorized the undersigned representative to file this supplemental claim on behalf of the claimant and that the claimant is aware and accepts the information provided in this document. I certify that the claimant has authorized the undersigned representative to state that the claimant certifies the truth and completion of the information contained in this document to the best of claimant's knowledge.

**NOTE**: A POA's signature ***will not*** be accepted unless at the time of submission of this claim a valid VA Form 21-22, *Appointment of Veterans Service Organization as Claimant's Representative*, or VA Form 21-22a, *Appointment of Individual As Claimant's Representative*, indicating the appropriate POA is of record with VA.

| 37A. POA/AUTHORIZED REPRESENTATIVE SIGNATURE *(Sign in ink)* | 37B. DATE SIGNED *(MM,DD,YYYY)* |
|---|---|
| | |

**PRIVACY ACT NOTICE**: The form will be used to determine allowance to compensation benefits (38 U.S.C. 5101). The responses you submit are considered confidential (38 U.S.C. 5701). VA may disclose the information that you provide, including Social Security numbers, outside VA if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22/28, Compensation, Pension, Education, and Vocational Rehabilitation and Employment Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies. VA may make a "routine use" disclosure for: civil or criminal law enforcement, congressional communications, epidemiological or research studies, the collection of money owed to the United States, litigation in which the United States is a party or has an interest, the administration of VA programs and delivery of VA benefits, verification of identity and status, and personnel administration. Your obligation to respond is required in order to obtain or retain benefits. Information that you furnish may be utilized in computer matching programs with other Federal or State agencies for the purpose of determining your eligibility to receive VA benefits, as well as to collect any amount owed to the United States by virtue of your participation in any benefit program administered by the Department of Veterans Affairs. Social Security information: You are required to provide the Social Security number requested under 38 U.S.C. 5101(c)(1). VA may disclose Social Security numbers as authorized under the Privacy Act, and, specifically may disclose them for purposes stated above.

**RESPONDENT BURDEN**: We need this information to determine your eligibility for compensation. Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 25 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet Page at **www.reginfo.gov/public/do/PRAMain**. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment to which you are not entitled.

**DEPARTMENT OF VETERANS AFFAIRS**
**Veterans Benefits Administration**
**Regional Office**

**DONOVAN FOSTER**

**VA File Number**
**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**

**Rating Decision**
**04/27/2019**

## INTRODUCTION

The records reflect that you are a Veteran of the Gulf War Era. You served in the Army from October 10, 2007, to July 23, 2008. You filed a new claim for benefits that was received on February 13, 2019. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

## DECISION

1. Service connection for bipolar II disorder with anxious distress is granted with an evaluation of 50 percent effective February 13, 2019.

2. Service connection for tinnitus is granted with an evaluation of 10 percent effective February 13, 2019.

3. Service connection for bilateral hearing loss is denied.

## EVIDENCE

- DD Form 214, Certificate of Release and/or Discharge from Active Duty Service

- Partial Service Treatment Records, covering periods of service from October 10, 2007, to July 23, 2008, received April 5, 2019
- VA Form 21-526EZ, Application for Disability Compensation and Related Compensation Benefits, received February 12, 2019
- Letters to Veteran, dated May 3, 2010, February 27, 2019
- Medical Evidence, Los Angeles LGBT Center, dated February 14, 2019, received March 3, 2019
- VA Examinations with Medical Opinions, QTC Contract Examiners, dated April 17, 2019

## REASONS FOR DECISION

**1. Service connection for bipolar II disorder with anxious distress (claimed as anxiety, depression, and mental health issues).**

Service connection for bipolar II disorder with anxious distress (claimed as anxiety, depression, and mental health issues) has been established as directly related to military service. (38 CFR 3.303, 38 CFR 3.304)

An evaluation of 50 percent is assigned from February 13, 2019.

We have assigned a 50 percent evaluation for your depression based on:
• Difficulty in adapting to stressful circumstances
• Difficulty in adapting to work
• Depressed mood
• Disturbances of motivation and mood
• Difficulty in adapting to a worklike setting
• Anxiety
• Occupational and social impairment with occasional decrease in work efficiency and intermittent periods of inability to perform occupational tasks (although generally functioning satisfactorily, with routine behavior, self-care, and conversation normal)
• Difficulty in establishing and maintaining effective work and social relationships
• Chronic sleep impairment

The overall evidentiary record shows that the severity of your disability most closely approximates the criteria for a 50 percent disability evaluation. (38 CFR 4.7, 38 CFR 4.126)

A higher evaluation of 70 percent is not warranted for bipolar disorder unless the evidence shows occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood, due to such symptoms as:
• suicidal ideation
• obsessional rituals which interfere with routine activities
• speech intermittently illogical, obscure, or irrelevant
• near-continuous panic or depression affecting the ability to function independently, appropriately and effectively
• impaired impulse control (such as unprovoked irritability with periods of violence)

- spatial disorientation
- neglect of personal appearance and hygiene
- difficulty in adapting to stressful circumstances (including work or a worklike setting)
- inability to establish and maintain effective relationships. (38 CFR 4.124a)

**2. Service connection for tinnitus.**

Service connection for tinnitus has been established as directly related to military service. (38 CFR 3.303, 38 CFR 3.304)

The effective date of this grant is February 13, 2019. Service connection has been established from the day VA received your claim. When a claim of service connection is received more than one year after discharge from active duty, the effective date is the date VA received the claim. (38 CFR 3.400)

An evaluation of 10 percent is assigned from February 13, 2019.

We have assigned a 10 percent evaluation for your tinnitus based on:
- Recurrent tinnitus

A single evaluation for recurrent tinnitus is assigned whether the sound is perceived in one ear, both ears, or in the head.

This is the highest schedular evaluation allowed under the law for tinnitus.

**3. Service connection for bilateral hearing loss.**

Service connection for bilateral hearing loss is denied because there is no evidence that you currently have hearing loss for VA purposes. (38 CFR 3.303, 38 CFR 3.304, 38 CFR 3.385)

Service connection may not be established for disability due to impaired hearing unless the auditory threshold in any of the frequencies 500, 1000, 2000, 3000 or 4000 Hertz is 40 decibels or greater; or the auditory thresholds for at least three of the frequencies 500, 1000, 2000, 3000 or 4000 Hertz are 26 decibels or greater; or speech recognition scores using the Maryland CNC Test are less than 94 percent. (38 CFR 3.385)

There are no audiometric findings in your service treatment records that meet the above requirements.

Although hearing loss is not shown in-service, acoustic trauma or military noise exposure may constitute injury of the ear. However, in this case, acoustic trauma is not shown by the evidence of record.

VA examination findings show the left ear with 100 percent discrimination. Decibel (dB) loss at

the puretone threshold of 500 Hertz (Hz) is 10, at 1000 Hz is 10, at 2000 Hz is 5, at 3000 Hz is 5, and at 4000 Hz is 15. The average decibel loss is 9 in the left ear. The right ear shows a speech discrimination of 100 percent. Your right ear Decibel (dB) loss at the puretone threshold of 500 Hertz (Hz) is 10, at 1000 Hz is 10, at 2000 Hz is 10, at 3000 Hz is 5, and at 4000 Hz is 15. The average decibel loss is 10 in the right ear.

In this case, the evidence of record does not show current audiometric findings which meet the criteria for a grant of service connection for hearing loss. As you do not currently meet the criteria for hearing loss for VA purposes, service connection may not be granted. In addition, there is no evidence that disabling sensorineural hearing loss manifested itself to a compensable degree within a year of service. (38 CFR 3.303, 38 CFR 3.304, 38 CFR 3.307, 38 CFR 3.309, 38 CFR 3.385)

Favorable findings in this decision:
None

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our website, www.va.gov.