UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:22-cv-08522-GW-AGR<br>**[PROPOSED] ORDER**<br>Hearing Date: April 13, 2023<br>Hearing Time: 8:00 a.m.<br>Ctrm: 9D<br>Hon. George H. Wu |

Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing on April 13, 2023. Having considered the Motion, its supporting Memorandum of Points and Authorities and declarations, and all other matters properly presented to the Court,

THE COURT HEREBY FINDS:

1. The Court lacks subject matter jurisdiction over Plaintiff's Federal Tort Claims Act ("FTCA") action because the Department of Veterans Affairs' (the "VA") denial of Plaintiff's 2009 application for compensation and/or pension was a VA benefits request denial and thus is a decision that should have been appealed under the Veterans' Judicial Review Act. 38 U.S.C. § 511(a).

2. Even assuming jurisdiction exists under the FTCA, the Court lacks subject matter jurisdiction because Plaintiff's claim for redress for the denial of veterans benefits in 2009 is time-barred under the FTCA's statute of limitations. 28 U.S.C. § 2401(b).

IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

Dated: _____________

______________________________________
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jonathan Russell Blakey
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant
United States of America