E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JONATHAN RUSSELL BLAKEY (Cal. Bar No. 333584)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8341
Facsimile: (213) 894-7819
E-mail: Jonathan.Blakey@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DONOVAN J. FOSTER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 2:22-cv-08522-GW-AGR

**DEFENDANT'S NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**

(*[Proposed] Order filed concurrently herewith*)

Hearing Date: April 13, 2023
Hearing Time: 8:00 a.m.
Ctrm: 9D

Honorable George H. Wu
United States District Judge

**NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS**

Plaintiff Donovan J. Foster ("Plaintiff") filed this action against Defendant United States of America on November 21, 2022. Dkt. 1. On March 8, 2023, Defendant filed and served its Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 15. The Motion is scheduled to be heard on April 13, 2023. *Id.* Pursuant to Local Rules 7-9 and 7-10, Plaintiff's Opposition was due to be filed on March 23, 2023 and any Reply is due to be filed on March 30, 2023. Plaintiff has not filed an Opposition to Defendant's Motion to Dismiss.

In light of the arguments raised in Defendant's Motion and Plaintiff's failure to file an Opposition, and in consideration of "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendant; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions," *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (citation and internal quotation marks omitted), Defendant respectfully requests that Plaintiff's action be dismissed with prejudice. *See also* Local Rule 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion . . . .").

Dated: March 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney
Attorneys for Defendant
United States of America