UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DONOVAN J. FOSTER,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

No. 2:22-cv-08522-GW-AGR

**[PROPOSED] ORDER**

Hearing Date: April 13, 2023
Hearing Time: 8:00 a.m.
Ctrm: 9D

Honorable George H. Wu
United States District Judge

Plaintiff Donovan J. Foster ("Plaintiff") filed this action against Defendant United States of America on November 21, 2022. Dkt. 1. On March 8, 2023, Defendant filed and served its Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 15. The Motion is scheduled to be heard on April 13, 2023. *Id.* Pursuant to Local Rules 7-9 and 7-10, Plaintiff's Opposition was due to be filed on March 23, 2023 and any Reply is due to be filed on March 30, 2023. Plaintiff has not filed an Opposition to Defendant's Motion to Dismiss.

In light of the arguments raised in Defendant's Motion and Plaintiff's failure to file an Opposition, and in consideration of "(1) the public's interest in expeditious resolution

of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendant; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions," *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (citation and internal quotation marks omitted),

IT IS HEREBY ORDERED that Plaintiff's action is DISMISSED WITH PREJUDICE.

DATED:

______________________________
Honorable George H. Wu
United States District Judge

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jonathan Russell Blakey
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant