**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donovan J. Foster<br><br>PLAINTIFF(S)<br>v.<br>The United States of America et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-08522 GW(AGRx)<br><br>**ORDER TO REASSIGN CASE PURSUANT TO GENERAL ORDER 21-01** |

On 03/15/2022, Civil Case No. 2:22-cv-01702 FWS(PVCx) was filed and assigned to Fred W. Slaughter.

Pursuant to General Order 21-01, when a newly filed civil case is identified as identical to a previously filed civil case, pending or closed, the newly filed case shall be transferred to the judge assigned to the previously filed case.

Therefore, IT IS ORDERED that:

☑ the above-entitled case be transferred to the calendar of Judge Fred W. Slaughter for all further proceedings.

☐ the above-entitled case having been randomly assigned to Judge ____________, the Clerk shall reassign the Magistrate Judge assigned to hear any discovery matters that are or may be referred.

March 27, 2023
Date

Percy Anderson
Chair, Case Management & Assignment Committee

**Notice to Counsel from the Clerk**

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge Pedro V. Castillo.

On all documents subsequently filed in this case, please substitute the initials FWS(PVCx) after the case number in place of the initials of the prior judge so that the case number will read 2:22-cv-08522 FWS(PVCx). This is very important because documents are routed to the assigned judge by means of the initials.

*cc:* ☐ *Previous Judge* ☐ *Statistics Clerk*