UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-08522-FWS (PVCx) | Date | March 28, 2023 |
|---|---|---|---|
| Title | Donovan J. Foster v. The United States of America et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig<br>Deputy Clerk | Not Reported<br>Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS CASE [15]**

In light of the transfer of this action to the calendar of the Honorable Fred W. Slaughter, the Court, on its own motion, hereby **RESETS** Defendant's Motion to Dismiss Case [15] to **Thursday, May 11, 2023, at 10:00 a.m.** in Courtroom 10D before District Judge Fred W. Slaughter. The hearing shall proceed in person as to all parties.

The Court shall issue a separate Order Setting Scheduling Conference forthwith.

- : -

Initials of Deputy Clerk mku

cc: