**JUDGE FRED W. SLAUGHTER**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The parties must make every effort to agree on dates or the court will set them.**

| | |
|---|---|
| **Case No.** 2:22-cv-08522 | **Case Name:** Donovan J. Foster v. United States of America |

| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
|---|---|---|---|---|
| Check one: [ ] Jury Trial or [x] Bench Trial<br>**[<u>Tuesday</u> at 8:30 a.m., within 18 months after Complaint filed]**<br>Estimated Duration: ___2-3___ Days | | 07/30/24 | 07/30/24 | [ ] Jury Trial<br>[ ] Bench Trial<br>_______ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine*<br>**[<u>Thursday</u> at 8:30 a.m., at least 12 days before trial]** | | 07/18/24 | 07/18/24 | |
| **Event[1]**<br>***Note:*** Hearings shall be on Thursdays at 10:00 a.m.<br>Other dates can be any day of the week**.** | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to **<u>Hear</u>** Motion to Amend Pleadings /Add Parties [<u>Thursday</u>] | | 06/08/23 | 06/08/23 | |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for <u>filing</u> dispositive motions)** | 26 | 01/19/24 | 01/19/24 | |
| Expert Disclosure (Initial) | 24 | 02/02/24 | 02/02/24 | |
| Expert Disclosure (Rebuttal) | 22 | 02/16/24 | 02/16/24 | |
| Expert Discovery Cut-Off | 20[2] | 03/01/24 | 03/01/24 | |
| Last Date to **<u>Hear</u>** Motions [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 04/25/24 | 04/25/24 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*<u>Select</u>* one: [ ] 1. Magistrate Judge (with Court approval)<br>[x] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | 10 | 05/10/24 | 05/10/24 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **<u>Trial Filings</u> (first round)**<br>• Motions *in Limine* with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 3 | 06/28/24 | 06/28/24 | |
| **<u>Trial Filings</u> (second round)**<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 | 07/05/24 | 07/05/24 | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. Class actions, patent, and ERISA cases may need to vary from the above.

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for filing a motion for summary judgment.