VERONICA M. AGUILAR (Cal. Bar No. 153288)
Veronica M. Aguilar Law Offices
16870 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone: (858) 674-6945
E-mail: veronica@vaguilarlaw.com

Attorney for Plaintiff
Donovan J. Foster

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JONATHAN RUSSELL BLAKEY (Cal. Bar No. 333584)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8341
Facsimile: (213) 894-7819
E-mail: Jonathan.Blakey@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:22-cv-08522-FWS-PVC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Donovan J. Foster ("Plaintiff") and Defendant United States of America ("Defendant"), through their respective counsel, subject to the approval of the Court, that Defendant's deadline to respond to Plaintiff's Amended Complaint shall be extended by twenty-one (21) days, from June 26, 2023, to July 17, 2023.

The reasons for this Joint Stipulation are set forth in the attached Declaration of Jonathan Russell Blakey.

This is the first request for an extension by Defendant in response to Plaintiff's Amended Complaint.

Respectfully submitted,

Dated: June 23, 2023

*/s/ Veronica M. Aguilar*
VERONICA M. AGUILAR

Attorney for Plaintiff
Donovan J. Foster

Dated: June 23, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant
United States of America

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**DECLARATION OF JONATHAN RUSSELL BLAKEY**

I, JONATHAN RUSSELL BLAKEY, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action, *Donovan J. Foster v. United States of America,* 2:22-cv-08522-FWS-PVC. I make this declaration based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2. Plaintiff filed his Amended Complaint on June 12, 2023. Dkt. No. 29. Thus, current response date is June 26, 2023. However, Defendant needs additional time to prepare an appropriate response to the Complaint because:

a) From June 12, 2023 through June 15, 2023, I was engaged in preparing witnesses for depositions and defending multiple depositions in *Tunji Adeyemi v. Merrick B. Garland* (5:21-cv-02107-JGB-KK).

b) Based on my initial review of Plaintiff's Amended Complaint, it appears that Plaintiff removed the sole cause of action in the original Complaint (negligence) and added eight new causes of action to the Amended Complaint, all of which incorporate new legal theories of recovery.

3. This continuance is sought in order to allow sufficient time for Defendant to review and research Plaintiff's Amended Complaint, consult with agency counsel, gather any necessary documents, and prepare an adequate response to Plaintiff's newly alleged legal theories. Defendant therefore seeks a twenty-one (21) day extension to respond to the Amended Complaint, from June 26, 2023, to July 17, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. This is the first request for a continuance in response to Plaintiff's Amended Complaint. Defendant anticipates that the requested extension will allow sufficient time to prepare an appropriate response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2023, at Los Angeles, California.

/s/ Jonathan Russell Blakey

JONATHAN RUSSELL BLAKEY