UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DONOVAN J. FOSTER,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

No. 2:22-cv-08522-FWS-PVC

**[PROPOSED] ORDER**

Honorable Fred W. Slaughter
United States District Judge

Having reviewed the parties' Joint Stipulation to Extend Time for Defendant to Respond to Plaintiff's Amended Complaint and Declaration of Jonathan Russell Blakey, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiff's Amended Complaint shall by July 17, 2023.

Dated:

_______________________________
Honorable Fred W. Slaughter
United States District Judge