**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DONOVAN J. FOSTER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:22-cv-08522-FWS-PVC

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [31]**

///

///

///

Having considered and reviewed the Parties' Joint Stipulation to Extend Time For Defendant To Respond To Plaintiff's Amended Complaint [31] (the "Stipulation"), filed by Plaintiff DONOVAN J. FOSTER and Defendant UNITED STATES OF AMERICA ("Defendant"), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The time for Defendant to answer, move, or otherwise respond to the Amended Complaint [29] in the above-captioned matter is **EXTENDED** from June 26, 2023, to and including **July 17, 2023**.

**IT IS SO ORDERED**.

DATED: June 26, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE