# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN J. FOSTER<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22−cv−08522−FWS−PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 6/25/2023

Document No.: 32

Title of Document: Notice of Motion and Motion to Withdraw Attorney of Record

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Proposed document was not submitted or was not submitted as a separate attachment.

Proposed Order shall be filed as separate attachment to the e−filed "MOTION" and e−mailed to Judge Slaughter generic email addresses a Microsoft Word version of the document; Please refer to the Courts website at www.cacd.uscourts.gov for available motion dates

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 26, 2023

By: */s/ Jenny Lam Jenny_Lam@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**