**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donovan J. Foster<br>PLAINTIFF(S)<br>v.<br>The United States of America et al<br>DEFENDANT(S). | CASE NUMBER:<br>CV 22-08522-FWS-PVC |
| | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS** |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 6/25/2023 | 32 | Motion Withdraw as Attoney |

**IT IS HEREBY ORDERED:**

- ☑ The document is stricken
- ☐ The hearing date has been rescheduled to ______________________ at ____________.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

Counsel shall refer to the Notice to Filer of Deficiencies in Electronically Filed Document (Dkt. 34) and all applicable Local Rules prior to any re-filing.

Dated: 6/27/2023

By: [signature]
U.S. District Judge / U.S. Magistrate Judge