VERONICA M. AGUILAR, ESQ. (SBN 153288)
**LAW OFFICES OF VERONICA M. AGUILAR**
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674.6945
veronica@vaguilarlaw.com

Attorney for Plaintiff,
**DONOVAN J. FOSTER**

**THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE CENTRAL DISTRICT OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America, the Department of Veteran Affairs, an agency of the United States of America, and Secretary Denis McDonough, an individual.<br><br>Defendant(s). | Case No.: 2:22-cv-08522 FWS-PVC<br><br>**[PROPOSED] ORDER FOR VERONICA M. AGUILAR AND THE LAW OFFICES OF VERONICA M. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF, DONOVAN J. FOSTER**<br><br>**TIME: 10:00AM**<br>**DATE: AUGUST 09, 2023**<br>**DEPT: 590, 5TH FLOOR**<br>**JUDGE: PEDRO V. CASTILLO** |

THIS CAUSE came before the Court upon Plaintiff DONOVAN J. FOSTER'S motion to withdraw The Law Offices of Veronica M. Aguilar and Veronica, A.P.C. and M. Aguilar as counsel of record for Plaintiff and remove The Law Offices of Veronica M. Aguilar, A.P.C. and Veronica M. Aguilar be removed from the CM/ECT electronic service list in this case.

Considering the motion, the Court has determined it should be **GRANTED.**

**IT IS SO ORDERED** that DONOVAN J. FOSTER and The Law Offices of Veronica M. Aguilar, A.P.C. and Veronica M. Aguilar's Motion to Withdraw as Counsel of Record for Plaintiff, DONOVAN J. FOSTER Subscribe is granted that Veronica M. Aguilar and The Law Offices of Veronica M. Aguilar, A.P.C. are hereby withdrawn as counsel of record in the above-referenced matter. The clerk shall discontinue all CM/ECF Notices in this matter to The Law Offices of Veronica M. Aguilar and Veronica M. Aguilar.

**DONE AND ORDERED:**

Dated: __________________,2023

______________________________________
**HON. JUDGE FRED W. SLAUGHTER**
UNITED STATES DISTRICT COURT