# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DONOVAN J. FOSTER

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA, et al.

Defendant(s).

CASE NUMBER:

2:22−cv−08522−FWS−PVC

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 7/11/2023

Document No.: 39

Title of Document: Notice of Motion and Motion to Withdraw Attorney of Record

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Incorrect event selected. Correct event to be used is: Withdraw as Attorney− under Category − Applications/Ex Parte Applications/Motions/Petitions/Requests

Hearing information is missing, incorrect, or untimely.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

Filer used the event Declaration (Motion related); which does not prompt the user to set a hearing before the judge

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 12, 2023

By: */s/ Jenny Lam Jenny_Lam@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**