VERONICA M. AGUILAR, ESQ. (SBN 153288)
**LAW OFFICES OF VERONICA M. AGUILAR**
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674.6945
veronica@vaguilarlaw.com

Attorney for Plaintiff,
**DONOVAN J. FOSTER**

**THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE CENTRAL DISTRICT OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America, the Department of Veteran Affairs, an agency of the United States of America, and Secretary Denis McDonough, an individual.<br><br>Defendant(s). | Case No.: 2:22-cv-08522 FWS-PVC<br><br>**NOTICE OF MOTION AND MOTION FOR VERONICA M. AGUILAR AND THE LAW OFFICES OF VERONICA M. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF, DONOVAN J. FOSTER**<br><br>**TIME: 10:00AM**<br>**DATE: JULY 27, 2023**<br>**ROOM: 10D**<br>**JUDGE: FRED W. SLAUGHTER** |

Notice is hereby given that on Thursday, July 27, 2023, at 10:00 am in the above-captioned Court, The Law Offices of Veronica M. Aguilar, A.P.C. and Veronica M. Aguilar (hereafter "Aguilar") will and herby does move to withdraw as counsel of record for Plaintiff, DONOVAN J. FOSTER.

By this motion, Aguilar seeks an order from the Court permitting Aguilar to withdraw as Counsel, pursuant to Southern District Local Rule 83.3(g)(3), on the grounds that Plaintiff, DONOVAN J. FOSTER, intends to proceed to represent himself. Plaintiff FOSTER told Ms.

Aguilar he wants to relieve counsel of her duties, as Plaintiff FOSTER intends to represent *in pro per.*

This motion is based on the attached Memorandum of Points and Authorities and the Declaration of Veronica M. Aguilar, Esq. As set forth in the Declaration of Ms. Veronica M. Aguilar, Aguilar provided notice of her motion to withdraw as Counsel for Plaintiff.

**LAW OFFICES OF VERONICA M. AGUILAR, A.P.C.**

Dated: July 11, 2023,

By: /s/ Veronica M. Aguilar________________________
Veronica M. Aguilar, Attorney for Plaintiff
**DONOVAN J. FOSTER.**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Aguilar brings this motion to withdraw as counsel of record for DONOVAN J. FOSTER based on the fact DONOVAN J. FOSTER **terminated Ms. Aguilar's services**. This solid reason provides independent grounds for withdrawal under the California Rules of Professional Conduct, which govern the Attorney-Client relationship in California. Accordingly, as discussed further below, Aguilar respectfully requests that its motion for leave to withdraw as counsel be granted.

## II.

## STATEMENT OF ISSUE TO BE DECIDED

Whether Aguilar is permitted to withdraw as counsel of record for DONOVAN J. FOSTER ("Plaintiff") where Plaintiff, FOSTER advised Ms. Aguilar he wants to proceed in this matter by representing himself.

## III.

## STATEMENT OF FACTS

On November 11, 2022, Plaintiff filed a Complaint for Negligence against the above-captioned Defendants. On March 8, 2023, Defendants filed a Motion to Dismiss and on March 27, 2023, Plaintiff FOSTER filed his Opposition. On May 12, 2023, this Court issued an Order to Dismiss the matter and provided Plaintiff with thirty (30) days to amend. Plaintiff filed an Amended Complaint (in pro per) on June 12, 2023.

/ / /

/ /

/ / /

/ / /

## IV.

## ARGUMENT

Aguilar makes this motion under Southern District Local Rule 83.3(g)(3), which permits counsel of record to withdraw from a case once relieved by order of the Court."

The merits of a motion by an attorney to withdraw are governed by the law of the state that controls the attorney-client relationship. *See White Consolidate Industries, Inc. v. Island Kitchens, Inc.*, 884 F. Supp. 176, 179 (E.D. Pa 1995); *see also Mindscape, Inc. v. Media Depot, Inc.* 973 F. Supp. 1130, 1131 (N.D. Cal. 1997) (applying California law to motion to disqualify counsel). California law governs this motion.

Rule 3.700 of the California Rules of Professional Conduct identifies the grounds for counsel's mandatory and permissive withdrawal. Subdivision (C)(1)(f) of that rule provides that an attorney may withdraw when "the client. . . breaches an agreement or obligation to the member as to expenses or fees." Additionally, subdivision (C)(1)(d) permits withdrawal from counsel if a client "by other conduct renders it unreasonably difficult for the member to carry out the employment effectively."

As outlined in the accompanying declaration of Veronica M. Aguilar, Aguilar has demonstrated its grounds for withdrawal satisfy Rule 3.700. Plaintiff, FOSTER, made it abundantly clear he no longer desires the services of Aguilar and intends to appear before this court *In Pro Per*.

In compliance with Southern District Local Rule 83.3(g)(3), Aguilar provided advance notice to Plaintiff, FOSTER, and Plaintiff's need to understand the complications of being *In Pro Per* and that Plaintiff will be expected to know the rules as an attorney would.

## V.

## CONCLUSION

For the foregoing reasons, Aguilar respectfully asks this Court for an Order relieving it as Counsel of record for Plaintiff.

**Dated: July 11, 2023,** **LAW OFFICES OF VERONICA M. AGUILAR, A.P.C.**

By: /s/ Veronica M. Aguilar
Veronica M. Aguilar, Attorney for Plaintiff,
DONOVAN J. FOSTER