Veronica M. Aguilar. (SBN 153288)
**LAW OFFICES OF VERONICA M. AGUILAR**
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674.6945
veronica@vaguilarlaw.com

Attorney for Plaintiff,
**DONOVAN J. FOSTER**

**THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE CENTRAL DISTRICT OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America, the Department of Veteran Affairs, an agency of the United States of America, and Secretary Denis McDonough, an individual.<br><br>Defendant(s). | Case No.: 2:22-cv-08522 FWS-PVC<br><br>**DECLARATION OF VERONICA M. AGUILAR IN SUPPORT OF VERONICA M. AGUILAR AND THE LAW OFFICES OF VERONICA M. AGUILAR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF, DONOVAN J. FOSTER**<br><br>**TIME: 10:00 AM**<br>**DATE: JULY 27, 2023**<br>**ROOM: 10D**<br>**JUDGE: FRED W. SLAUGHTER** |

I, VERONICA M. AGUILAR, declare that THE LAW OFFICES OF VERONICA M. AGUILAR, A.P.C. AND VERONICA M. AGUILAR ("Counsel") is the attorney of record for Plaintiff, DONOVAN J. FOSTER for the above-stated matter. Counsel makes this motion pursuant to Southern District Local Rule 83.3(g)(3) and California Rules of Professional Conduct, Rule 3-700. Specifically, Counsel asserts there is good cause for its withdrawal under Rule 3-700(C)(1)(d), in that there has been:

(i) An irremediable breakdown in communication between Counsel and Plaintiff.

**(ii) <u>Plaintiff terminated Counsel's services.</u>**

(iii) A failure of Plaintiff to fulfill its obligations to Counsel regarding its obligations to Counsel regarding its services, and Plaintiff was told Counsel would withdraw.

1. I am informed and believe and, on that basis, assert that Counsel for Defendant is in Possession of Plaintiff's address, telephone number, and email, as I provided the same to him. <u>I also informed Counsel for Defendant of my intent to withdraw and that Plaintiff terminated Aguilar's services.</u>

2. Granting leave to withdraw will not prejudice Plaintiff, as there is only one operative The complaint before the court was recently filed on June 12, 2023, by Donovan J. Foster, in pro per.

3. As required by Rules of Professional Conduct, Rule 3-700(A)(2), Counsel has taken reasonable steps to avoid reasonably foreseeable prejudice to Plaintiff's rights, including giving it due notice, allowing time for employment of another Counsel, and complying with applicable laws and rules. If the Court grants the instant motion to withdraw, Counsel will, within seventy-two (72) hours comply with Rule 3-700(D) by releasing to Plaintiff in this case and on such other evidence and argument as may be offered at or before the hearing on this matter.

4. Pursuant to this Department's standing order, I communicated with opposing Counsel, June 22, 2023. I informed him of my need to file the instant motion. Mr. Jonathan Russell Blakey stated he would not oppose the motion.

I declare under the penalty of perjury under the laws of the State of California and Federal Law the foregoing is true and correct. Executed this 11th day of July 2023

<u>/s/ Veronica M. Aguilar, Esq.__________</u>
DECLARANT