UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:22-cv-08522-FWS-PVC<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date:    August 17, 2023<br>Hearing Time:    10:00 a.m.<br>Ctrm:              10D<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(1) came on regularly for hearing on August 17, 2023. Having considered the Motion, its supporting Memorandum of Points and Authorities, and all other matters properly presented to the Court,

THE COURT HEREBY FINDS:

1. The Court lacks subject matter jurisdiction over Plaintiff's Federal Tort Claims Act ("FTCA") action because the Department of Veterans Affairs' (the "VA") denial of Plaintiff's 2009 Application for Compensation and/or Pension was a VA benefits

request denial and thus is a decision that should have been appealed under the Veterans' Judicial Review Act. 38 U.S.C. § 511(a).

    2.    Plaintiff's first, second, fifth, sixth and eighth causes of action alleged in the FAC are not cognizable under the FTCA.

    3.    Even if Plaintiff's claims were cognizable under the FTCA, they are all time-barred pursuant to 28 U.S.C. § 2401.

IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice and without leave to amend.

Dated: _____

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ Jonathan Russell Blakey
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant
United States of America

2