FILED

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
fostermailbox@gmail.com
1-212-920-1477

2023 AUG -4 PM 12: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Donovan Foster, Pro Per, Plaintiff,
v.
United States of America, Defendant.

2:22-CV-08522-FWS-PVC

Proof of Service by Mail

I, Donovan J Foster, hereby declare as follows:

My address is 578 Washington Blvd., Marina, Del Ray, CA 90292 which is located in the county where the mailing describe below took place.

On August 4, I serve the documents described as: Opposition To Motion To Dismiss on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first class, postage prepaid thereon, and deposited said envelope in United States mail at or in Los Angeles, California, addressed to:

Jonathan Rosso Blakely
ASUA - Office of US Attorney
300 Los Angeles St., Suite 751
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true incorrect.

Executed on August 4th at Los Angeles, California.

x [signature]
Donovan Foster