UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONOVAN J. FOSTER,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:22-cv-08522-FWS-PVC<br>**[PROPOSED] ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, CONTINUING DEFENDANT'S REPLY DEADLINE AND THE MOTION TO DISMISS HEARING** |

Having considered the *Ex Parte* Application filed on August 9, 2023 by Defendant United States of America, Defendant's Memorandum of Points and Authorities, and the supporting Declaration of Jonathan Russell Blakey, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 43) shall be stricken.

Alternatively, IT IS HEREBY ORDERED that:

1. Defendant's deadline to file their reply brief in support of the Motion to Dismiss is continued to August 16, 2023; and

2. The hearing on Defendants' Motion is continued from August 17, 2023, to September 14, 2023.

Dated:

____________________________________
HONORABLE FRED W. SLAUGHTER
United States District Judge

Presented By:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Jonathan Russell Blakey
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant
United States of America