Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
fostermailbox@gmail.com
1-212-920-1477

FILED
AUG 12, 2023
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY MKU
Deputy Clerk, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Donovan Foster, Pro Per, Plaintiff,

vs.

United States of America, Defendant.

Case no: 2:22-cv-08522-FWS-PVC

MOTION TO NOTIFY THE COURT OF ATTORNEY DISAPPEARANCE AND REQUEST TO PROCEED PRO PER

Donovan J Foster the plaintiff in the above-mentioned case, hereby submits this motion to inform the court that Veronica Aguilar, the attorney of record, is no longer representing me and has effectively disappeared. I seek permission to proceed pro per (self-represented) in this matter.

BRIEF EXPLANATION:

1. Attempts to Contact Attorney: I have diligently attempted to contact my attorney through various means of communication, including phone calls, emails, and letters. However, all my attempts have been unsuccessful, and I have been unable to establish any communication with my attorney. I have documented these attempts and can provide evidence if required by the court.

2. No Communication or Response: Despite my persistent efforts, my attorney has failed to respond to any of my attempts to contact them. Their lack of communication has left me with no choice but to seek permission from the court to proceed pro per.

3. Request for Case File: I have made multiple requests to my attorney's office for access to my case file, but they have not provided the necessary documents and

information. It is essential for me to have access to my case file to effectively represent myself in this matter.

4. Intent to Proceed Pro Per: In light of my attorney's disappearance and lack of communication, I hereby express my intention to proceed pro per in this case. I understand the challenges associated with self-representation, but I am committed to diligently pursuing my rights and responsibilities in this matter.

REQUEST TO THE COURT:

In light of the above circumstances, I respectfully request the following:

1. Notification: Kindly notify Veronica Aguilar that they are no longer representing me in this case and that I am proceeding pro per.

2. Permission to Proceed Pro Per: Grant me permission to proceed pro per in this case, allowing me to represent myself in all further proceedings.

3. Access to Case File: Order [Attorney's Name] to provide me with a complete copy of my case file, including all relevant documents and information.

4. Any Other Relief Deemed Appropriate: Grant any other relief that the court deems necessary and just in light of the circumstances described herein.

I assure the court that I will diligently adhere to all court rules, procedures, and deadlines and that I will actively participate in all further proceedings.

Dated:Aug 13, 2023

Respectfully submitted,

Donovan J Foster
578Washington Blvd NUM 312
Marina Del Rey, CA 90292
fostermailbox@gmail.com
1-212-920-1477