**DECLARATION OF KAREN L. RIVERA-LEBRON**

I, Karen L. Rivera-Lebron, do hereby declare and state as follows:

1. I am a Staff Attorney employed by the U.S. Department of Veterans Affairs ("VA"), Office of General Counsel ("OGC"). I have held this position since June 24, 2019. I make the following factual statements based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. The OGC is responsible for processing administrative claims, investigating the claims, and making determinations on whether the claims are approved or denied. The OGC maintains the records of all administrative claims and related records dating back to 2015.

3. As part of my employment with the OGC, I am familiar with and have regular access to the OGC's databases for storing records related to administrative claims, which in my experience is well maintained and up to date. I regularly access these databases in the performance of my job duties.

4. On or around November 6, 2020, the VA received the Standard Form 95 administrative tort claim from Mr. Foster. Attached hereto as Exhibit 1 is a true and correct copy of the administrative tort claim, which includes Mr. Foster's attached demand letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2023, at San Juan, Puerto Rico.



Karen L. Rivera-Lebron