| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br>AND<br>DEPARTMENT OF VETERANS AFFAIRS | DONOVAN J. FOSTER JR.<br>[redacted] |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | [redacted] | [redacted] | 11/26/2019 | 11:00PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

MY SERVICE DEPARTMENT RECORDS WERE LOST OR MISLABELED THIS FLAGRANT NEGLIGENT ACT BY YOUR GOVERNMENTAL ENTITY OR BY SOMEONE IN THE EMPLOY THEREOF, IN A FACILITY OF AND OR IN THE CONTROL OF YOUR GOVERNMENTAL ENTITY HAS CAUSED INFINITE ENDLESS HARM AND OR PERSONAL INJURY TO MYSELF THE CLAIMANT. PLEASE SEE ATTACHED DEMAND LETTER FOR FURTHER DETAIL.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

NONE

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

MY SERVICE DEPARTMENT RECORDS WERE LOST OR MISLABELED. THIS FLAGRANT NEGLIGENT ACT BY YOUR GOVERNMENTAL ENTITY HAS CAUSED PERMANENT DEBILITATING INJURY AND POST TRAMATIC STRESS DISORDER.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| TO BE DETERMINED IN PRE-TRIAL DISCOVERY IF APPLICABLE | TO BE DETERMINED IN PRE-TRIAL DISOVERY IF APPLICABLE |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| NONE | $92,288,776,984.00 | | $92,288,776,984.00 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | [redacted] | 10/13/2020 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

NONE

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

NONE

17. If deductible, state amount.

NONE

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

NONE

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

NONE

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

# DEMAND LETTER

DONOVAN J. FOSTER JR.
[redacted]

OCTOBER 13, 2020

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF GENERAL COUNSEL
TORTS LAW GROUP
810 VERMONT AVENUE, NW
WASHINGTON, DC 20420

OFFICE OF GENERAL COUNSEL
NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
8601 ADELPHI ROAD, SUITE 3110
COLLEGE PARK, MD 20740.

CC:
KIRKLAND & ELLIS LLP
555 SOUTH FLOWER STREET, SUITE 3700
LOS ANGELES, CA 90012

FLEISHMANHILLARD
12777 WEST JEFFERSON, SUITE 120
LOS ANGELES, CA 90066

RE:
WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR PERSONAL INJURY TO HAVE OCCURRED BY REASON OF THE INCIDENT.
CLAIMANT: DONOVAN J. FOSTER JR.
DATE OF LOSS: NOVEMBER 26, 2019

TO WHOM IT MAY CONCERN,

DEFINITIONS:
CLAIMANT: DONOVAN J FOSTER, JR
GOVERNMENTAL ENTITY: AS DEFINED BY 18 U.S. CODE § 2711.

PLEASE NOTE ALL DOLLAR AMOUNTS PRESENTED IN THIS DOCUMENT ARE IN PRESENT VALUE AND U.S. DOLLARS.

PLEASE BE ADVISED THIS DOCUMENT SERVES IN LIEU OF AND OR IN SUPPLEMENT TO STANDARD FORM 95 PRESCRIBED BY THE FEDERAL TORTS CLAIMS ACT AND OR A NOTICE OF A NATIONAL GUARD CLAIMS ACT CLAIM AS APPLICABLE. THIS DOCUMENT IS A CLAIM FOR PERSONAL INJURY FOR THE TOTAL SUM CERTAIN OF $92,288,776,984.00. I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT DESCRIBED IN THIS DOCUMENT AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

ON NOVEMBER 26, 2019 I WAS INFORMED BY THE DEPARTMENT OF VETERANS AFFAIRS IN WRITING THAT MY SERVICE DEPARTMENT RECORDS WERE LOST OR MISLABELED. THIS FLAGRANT NEGLIGENT ACT BY YOUR GOVERNMENTAL ENTITY OR BY SOMEONE IN THE EMPLOY THEREOF, IN A FACILITY OF AND OR IN THE CONTROL OF YOUR GOVERNMENTAL ENTITY HAS CAUSED INFINITE ENDLESS HARM AND OR PERSONAL INJURY TO MYSELF THE CLAIMANT.

IN THE UNITED STATES V. KUBRICK, 444 U.S. 111, 100 S. CT. 352, 62 L. ED. 2D 259 (1979) CASE THE SUPREME COURT MADE IT CLEAR THAT THERE ARE THREE AREAS OF KNOWLEDGE THAT ARE OF CRITICAL SIGNIFICANCE ON THE STATUTE OF LIMITATIONS ISSUE. THEY ARE 1) KNOWLEDGE OF THE EXISTENCE OF AN INJURY; 2) KNOWLEDGE OF THE CAUSE OF THE INJURY; AND 3) KNOWLEDGE OF THE LEGAL SIGNIFICANCE OF THE INJURY. THE COURT MADE IT CLEAR THAT THE ACCRUAL OF A CAUSE OF ACTION DOES NOT DEPEND ON THE THIRD AREA OF KNOWLEDGE (LEGAL SIGNIFICANCE) BUT DOES DEPEND ON THE CONGRUENCE OF THE FIRST TWO (EXISTENCE OF INJURY AND CAUSE OF INJURY). FURTHERMORE IT IS NOT ENOUGH TO TRIGGER THE STATUTE OF LIMITATIONS THAT THE CLAIMANT IS AWARE OF HIS INJURY IF HE IS UNAWARE OF THE ACT OR OMISSION WHICH CAUSED THE INJURY. DE WITT V. UNITED STATES, 593 F.2D 276 (7TH CIR. 1978); JORDAN V. UNITED STATES, 503 F.2D 620 (6TH CIR. 1974). AS OF NOVEMBER 26, 2019 I BECAME AWARE OF BOTH THE EXISTENCE OF AN INJURY AND THE CAUSE OF THE INJURY.

IN OCTOBER OF 2009 I SUBMITTED TO THE DEPARTMENT OF VETERANS AFFAIRS A VETERAN'S APPLICATION FOR COMPENSATION AND/OR PENSION, VA FORM 21-526. PER THE DEPARTMENT OF VETERANS AFFAIRS DECISION DATED MAY 14, 2010 MY CLAIM WAS DENIED BECAUSE MY SERVICE DEPARTMENT RECORDS AND OR SERVICE TREATMENT RECORDS BOTH TERMS HAVE BEEN USED BY THE DEPARTMENT OF VETERANS AFFAIRS WERE NOT AVAILABLE. IT WAS DISCOVERED IN 2019 THAT THE UNAVAILABILITY OF MY SERVICE DEPARTMENT RECORDS AND OR SERVICE TREATMENT RECORDS WAS DUE TO THE RECORDS BEING LOST OR MISFILED.

THE DENIAL OF THE CLAIM DECISION DATED MAY 14, 2010 PRECLUDED ME FROM RECEIVING NEEDED MENTAL HEALTH TREATMENT FROM DEPARTMENT OF VETERANS AFFAIRS FACILITIES. IN ADDITION, THE UNAVAILABILITY OF MY SERVICE DEPARTMENT RECORDS AND OR SERVICE TREATMENT RECORDS PRECLUDED ME FROM RECEIVING TIMELY AND EFFECTIVE TREATMENT FOR MY

DIAGNOSED BI POLAR II DISORDER WITH ANXIOUS DISTRESS AND POST TRAUMATIC STRESS DISORDER.

THE DEPARTMENT OF VETERANS AFFAIRS HAS CONCLUDED THAT MY BI POLAR II DISORDER WITH ANXIOUS DISTRESS NEGATIVELY PROGRESSED EXTENSIVELY THROUGHOUT THE APPROXIMATE TEN YEAR PERIOD FROM 2009 TO 2019 WHILE MY SERVICE DEPARTMENT RECORDS AND OR SERVICE TREATMENT RECORDS WERE UNAVAILABLE AND I WAS UNABLE TO RECEIVE TREATMENT. THIS EXACERBATION OF MY BI POLAR II DISORDER WITH ANXIOUS DISTRESS HAS LED TO PERMANENT AND TOTAL DISABILITY PER THE DEPARTMENT OF VETERANS AFFAIRS.

I CONTEND AND SOUND MEDICAL OPINION CONCURS THAT IF I WAS ABLE TO RECEIVE TIMELY AND ACCURATE DIAGNOSIS AND TREATMENT FOR MY DIAGNOSIS OF BI POLAR II DISORDER WITH ANXIOUS DISTRESS IT WOULD NOT HAVE EXACERBATED THE DIAGNOSIS TO THE POINT OF TOTAL AND PERMANENT DISABILITY WHICH HAS AND WILL IN PERPETUITY DIRECTLY AFFECT MY ABILITY TO MAINTAIN SUBSTANTIAL GAINFUL EMPLOYMENT TO INCLUDE MY CAREER IN FINANCIAL SERVICES SPECIFICALLY AS A HEDGE FUND PORTFOLIO MANAGER.

THE DEPARTMENT OF VETERANS AFFAIRS HAS CONFIRMED AND SERVICE CONNECTED THAT I AM MISSING A PART OF MY LEFT INDEX FINGER DUE TO DERMATOPHAGIA EXPERIENCED DURING A MANIC EPISODE WHILE ON ACTIVE DUTY. I HAVE A CONFIRMED DIAGNOSIS OF POST TRAUMATIC STRESS DISORDER FROM THIS INCIDENT.

THE UNAVAILABILITY OF MY SERVICE DEPARTMENT RECORDS AND OR SERVICE TREATMENT RECORDS PRECLUDED ME FROM RECEIVING TIMELY AND EFFECTIVE TREATMENT NAMELY FROM DEPARTMENT OF VETERANS AFFAIRS FACILITIES FOR THE INCIDENT THAT CAUSED MY DIAGNOSIS OF POST TRAUMATIC STRESS DISORDER AND EXACERBATED THE DIAGNOSIS TO THE POINT OF

PERMANENCE WHICH HAS AND WILL IN PERPETUITY DIRECTLY AFFECT MY ABILITY TO MAINTAIN SUBSTANTIAL GAINFUL EMPLOYMENT TO INCLUDE MY CAREER IN FINANCIAL SERVICES SPECIFICALLY AS A HEDGE FUND PORTFOLIO MANAGER.

MY MEDICAL SPECIAL DAMAGES FOR THE REQUIRED TREATMENT ARE:

LIFETIME TWICE WEEKLY PSYCHOLOGIST 60 MINUTE THERAPY SESSIONS: $3,120,000.00

LIFETIME TWICE MONTHLY PSYCHIATRIST 60 MINUTE THERAPY SESSIONS: $780,000

LIFETIME OF DAILY MEDICATIONS: $5,586,520.00

LIFETIME OF YEARLY 30 DAY IN-PATIENT PSYCHIATRIC AND PSYCHOLOGICAL TREATMENT: $1,950,000

LIFETIME OF NEED FOR A SERVICE DOG: $1,200,000

TOTAL: $12,636,520.00

*LIFETIME IS CALCULATED AT AN EXPECTED LIFESPAN OF 100 YEARS. CURRENT AGE 35. DATE OF BIRTH: AUGUST 13, 1985 SEX: CIS MALE

AS A RESULT OF MY SERVICE TREATMENT RECORDS AND OR SERVICE DEPARTMENT RECORDS BEING LOST OR MISFILED I SUFFERED AS I WENT UNDIAGNOSED AS BI POLAR II WITH ANXIOUS DISTRESS FOR APPROXIMATELY TEN YEARS AND DEVELOPED POSTTRAUMATIC STRESS DISORDER. DUE TO THIS I AM NO LONGER ABLE TO MAINTAIN SUBSTANTIAL GAINFUL EMPLOYMENT SINCE 2016 OR WORK SPECIFICALLY IN MY ACADEMIC AND PROFESSIONAL CAREER FIELD OF ECONOMICS AND OR FINANCE IN THE CIVILIAN OR

MILITARY SECTOR. THE LOSS OF MY PROMISING CAREER AS A HEDGE FUND PORTFOLIO MANAGER IS EXTREMELY DEVASTATING, DEBILITATING, AND CAUSED A IMMENSE LOSS OF EARNING CAPACITY.

PAST, FUTURE, AND EARNING CAPACITY LOSSES OF INCOME ARE:

LOST INCOME: $600,000

LOSSES OF FUTURE INCOME OR WAGES $150,000 YEARLY AT A 5% GROWTH RATE):$25,540,464

LOSS OF EARNING CAPACITY:
$92,250,000,000

TOTAL: $92,276,140,464
*WORKING LIFE EXPECTANCY 85 YEARS OLD.
*LOSS OF EARNING CAPACITY IS CALCULATED FROM THE SALARY OF A HEDGE FUND PORTFOLIO MANAGER. LOSS OF EARNING CAPACITY, IS CATEGORIZED AS AN ELEMENT OF GENERAL DAMAGES "WHICH CAN BE INFERRED FROM THE NATURE OF THE INJURY, WITHOUT PROOF OF ACTUAL EARNINGS OR INCOME EITHER BEFORE OR AFTER THE INJURY, AND DAMAGES IN THIS RESPECT ARE AWARDED FOR THE LOSS OF ABILITY THEREAFTER TO EARN MONEY." (CONNELLY V. PRE-MIXED CONCRETE CO., (1957) 49 CAL.2D 483, 489.) HENCE, CACI 3903D INSTRUCTS: "TO RECOVER DAMAGES FOR THE LOSS OF THE ABILITY TO EARN MONEY AS A RESULT OF THE INJURY, PLAINTIFF MUST PROVE THE REASONABLE VALUE OF THAT LOSS TO HIM/HER. IT IS NOT NECESSARY THAT HE/SHE HAVE A WORK HISTORY."

DUE TO THE GROSSLY NEGLIGENT ACT OF YOUR GOVERNMENTAL ENTITY AND OR EMPLOYEE I SUFFERED TEN YEARS BEING UNDIAGNOSED BI-POLAR II WITH ANXIOUS DISTRESS, DEVELOPED SEVERE POST TRAUMATIC STRESS DISORDER DUE TO THE LOSS OF

MY FINGER, HAVE PERMANENT INJURIES, SUFFERED FROM INSURMOUNTABLE PAIN AND SUFFERING ALL WHICH CONTINUE TO THIS DAY. TO COMPENSATE ME FOR THE SEVERITY OF MY INJURIES AND MY PAIN AND SUFFERING I RESPECTFULLY DEMAND THE TOTAL SUM CERTIAN OF $92,288,776,984.00.
PLEASE SEND THE DEMANDED FULL SUM OF $92,288,776,984.00 VIA CHECK TO:

[redacted]

OR ARRANGE FOR DIRECT DEPOSIT BY CONTACTING ME AT THE CONTACT INFORMATION PROVIDED ABOVE OR ON THE SUBMITTED SF-95.

ALL NEEDED EVIDENCE TO CONFIRM THE ABOVE THE FEDERAL GOVERNMENT OF THE UNITED STATES I.E.THE DEPARTMENT OF VETERANS AFFAIRS ALREADY HAS IN ITS POSSESSION THIS IS TO INCLUDE BUT NOT LIMITED TO MEDICAL DIAGNOSES, WRITTEN STATEMENTS FROM THE DEPARTMENT OF VETERANS AFFAIRS STATING THE NEGLIGENT ACT OCCURRED, AFFIDAVITS FROM THE CLAIMANT MYSELF HIGHLIGHTING THE NATURE AND EXTENT OF PAIN AND SUFFERING FROM THE TIME PERIOD OF 2009 TO 2019, AFFIDAVITS FROM THE CLAIMANT MYSELF STATING THE NATURE, DEVELOPMENT AND SEVERITY OF MY POST TRAUMATIC STRESS DISORDER, AND DEPARTMENT OF VETERANS AFFAIRS RATING DECISIONS. PLEASE FIND ENCLOSED ADDITIONAL DOCUMENTATION AND AUTHORIZATION TO RECEIVE DOCUMENTATION NOT CURRENTLY IN THE POSSESSION OF THE DEPARTMENT OF VETERANS AFFAIRS AND OR YOUR GOVERNMENTAL ENTITY. IF ANY ADDITIONAL INFORMATION IS NEEDED PLEASE REACH OUT VIA THE METHODS OF CONTACT PROVIDED ABOVE I.E. PHONE, EMAIL, POST. PLEASE BE ADVISED THAT ANY OR ALL NON PHYSICAL WRITTEN FORMS OF COMMUNICATION E.G. PHONE CALLS AND EMAIL MUST BE FOLLOWED BY A PHYSICAL TYPED COPY SENT UNITED STATES POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT. PLEASE BE ADVISED ALL WRITTEN COMMUNICATION SENT VIA POST MUST BE

SENT VIA THE UNITED STATES POSTAL SERVICE CERTIFIED MAIL RETURN RECEIPT.

PLEASE BE ADVISED THAT WHILE IT WOULD PAIN ME TO DO SO BECAUSE I LOVE THE ARMY, MY COUNTRY, THE HARD WORKING PEOPLE AT THE DEPARTMENT OF VETERANS, AND ALL THOSE THAT WORK IN THE EMPLOY OF THE UNITED STATES GOVERNMENT TO MAKE MY COUNTRY THE BEST; IF A SETTLEMENT CAN NOT BE OFFERED AND OR REACHED WITHIN SIX (6) MONTHS FROM THE DATE OF THIS DOCUMENT I WILL GO PUBLIC WITH MY STORY OF HOW YOUR DEPARTMENT AND OR AGENCY MISFILED OR LOST A WAR TIME VETERANS RECORDS, BASICALLY TOLD HIM HE DOESN'T EXIST, LEFT HIM AS A DANGER TO THE PUBLIC AND HIMSELF AND NOW I AM RESPECTFULLY SUING FOR $92,288,776,984.00.

THE DRAMATIC EFFECT OF MY STORY CAN NOT BE OVERSTATED. THE DETRIMENTAL EFFECTS OF YOUR GOVERNMENTAL ENTITY'S NEGLIGENCE ON MY LIFE CAN NOT BE OVERSTATED.

I LOOK FORWARD TO HELPING IN ANYWAY I CAN FOR A SETTLEMENT TO BE REACHED INCLUDING BUT NOT LIMITED TO AGREEING TO A NON-DISCLOSURE AGREEMENTS, THIRD PARTY MEDICAL EXAMS AND PROVIDING ANY NEEDED ADDITIONAL DOCUMENTATION.

I READILY STANDBY FOR YOUR RESPONSE. PLEASE RESPOND WITHIN THIRTY (30) BUSINESS DAYS TO CONFIRM RECEIPT OF THIS DOCUMENT AND THAT ALL ELEMENTS NEEDED BY YOUR GOVERNMENTAL ENTITY TO SUBMIT A VALID CLAIM UNDER THE FEDERAL TORTS CLAIMS ACT OR NATIONAL GUARD CLAIM ACT AS APPLICABLE HAVE BEEN SATISFIED BY THIS DOCUMENT. IF ALL ELEMENTS HAVE NOT BEEN SATISFIED PLEASE ADVISE OF ANY AND ALL NEEDED INFORMATION. PLEASE BE INFORMED NOT ASSISTING TO RECTIFY A NEGLIGENT ACT COMMITTED BY YOUR GOVERNMENTAL ENTITY IS IN FACT NEGLIGENCE UNDER

APPLICABLE LAW. IF YOU BELIEVE YOUR GOVERNMENTAL ENTITY IS NOT RESPONSIBLE PLEASE ADVISE THE CLAIMANT MYSELF AND TRANSFER TO THE APPROPRIATE GOVERNMENTAL ENTITY PER 28 CFR § 14.2.

RESPECTFULLY,

DONOVAN J. FOSTER JR.