UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-08522-FWS (PVCx) | Date | August 17, 2023 |
| Title | Donovan J. Foster v. The United States of America et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Stephen Foster (special appearance) | Jonathan Blakely |
| Donovan Foster (Plaintiff) | |

**PROCEEDINGS: DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [43]**

Motion hearing held. Attorney Stephen Honda makes special appearance on behalf of Attorney Veronica Aguilar. The Court, counsel, and plaintiff confer regarding matters as stated on the record.

The court **SETS and/or RESETS** all the pending matters as outlined below to **August 31, 2023, at 10:00 a.m.**

- Motion of Veronica M. Aguilar to Withdraw as Attorney of Record [41]
- Defendant's Motion to Dismiss First Amended Complaint [43]
- Defendant's Ex Parte Application for Order to Strike Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, Continue Defendant's Reply Deadline and the Motion to Dismiss Hearing [47]
- Plaintiff's Motion to Notify the Court of Attorney Disappearance and Request to Proceed Pro Per [49]
- Plaintiff's Motion for Summary Judgment or Summary Adjudication or Both [48]

Attorneys Veronica Aguilar, Jonathan Blakely, and Plaintiff Donovan Foster are all ordered to appear in person at the hearing on August 31, 2023.

1 : 07

Initials of Deputy Clerk mku