LODGED

2023 SEP -7 PM 3:05

BY JWZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Donovan J Foster, Plaintiff(s)

v.

United States, Defendant(s)

CASE NUMBER

2:22-cv-08522-FWS-PVC

(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Donovan J Foster ☒ Plaintiff ☐ Defendant ☐ Other ______
*Name of Party*

to substitute ~~Veronica Aguilar~~ DJ Donovan Foster who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

578 Washington Blvd Num 312
*Street Address*

Marina Del Rey, CA 90292 — fostermailbox@gmail.com
*City, State, Zip* — *E-Mail Address*

212-920-1477 — ______ — ______
*Telephone Number* — *Fax Number* — *State Bar Number*

as attorney of record instead of Veronica Aguilar
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☐ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated ______

______
U. S. District Judge/U.S. Magistrate Judge