Name: Donovan Foster
Address: 578 Washington Blvd

Phone Number: 212 920 1477
Email Address: fostermailbox@gmail
*Pro Se*

FILED

2023 SEP -7 PM 3:05

PVC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Donovan J Foster

PLAINTIFF(S)

v.

United States

DEFENDANT(S)

CASE NUMBER

2:22-CV-08522 FWS-PVC

## APPLICATION FOR PERMISSION FOR ELECTRONIC FILING

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.
2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.
3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

☒ A Computer with internet access.

☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

☒ A scanner to convert documents that are only in paper format into electronic files.

☒ A printer or copier to create required paper copies such as chambers copies.

☒ A word-processing program to create documents; and

☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Sept 7, 2023 Signature: [signature]