LODGED

2023 SEP -7 PM 3:05

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donovan J Foster<br>PLAINTIFF(S)<br>v.<br>United States<br>DEFENDANT(S) | CASE NUMBER<br>2:22-cv-08522-FWS-PVC<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Donovan J Foster is hereby:

☐ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: ____________________

____________________________________
United States District/Magistrate Judge

☐ DENIED

*Comments:*

Dated: ____________________

____________________________________
United States District/Magistrate Judge