LODGED

2023 SEP -7 PM 3:05

BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donovan J Foster Plaintiff(s) v. United States Defendant(s) | CASE NUMBER 2:22-cv-08522-FWS-PVC |
| | (XXXXXXXX) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Donovan J Foster ☒ Plaintiff ☐ Defendant ☐ Other ______
*Name of Party*

to substitute ~~Veronica Aguilar~~ DJ Donovan Foster who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

578 Washington Blvd Num 312
*Street Address*

Marina Del Rey, CA 90292 — *City, State, Zip*
fostermailbox@gmail.com — *E-Mail Address*

212-920-1477 — *Telephone Number*
______ — *Fax Number*
______ — *State Bar Number*

as attorney of record instead of Veronica Aguilar
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated September 13, 2023

[signature]
U. S. District Judge/XXXXXXXXXXXXXXXXX