FILED

2023 SEP 11 PM 3:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: mz

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
fostermailbox@gmail.com
1-212-920-1477

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case 2:22-cv-08522-FWS-PVC

Donovan Foster, Pro Per, Plaintiff,
v.
United States of America, Defendant.

**Proof of Service by Mail**

I, Donovan J Foster, hereby declare as follows:
My address is 578 Washington Blvd., Marina, Del Ray, CA 90292 which is located in the county where the mailing describe below took place.

On September 11, 2021 I served the documents described as: Opposition To Motion To Dismiss on all interested parties in this action by placing a true

and correct copy thereof in a sealed envelope, with first class, postage prepaid thereon, and deposited said envelope in United States mail at or in Los Angeles, California, addressed to:

Jonathan Rosso Blakely ASUA - Office of US Attorney
300 Los Angeles St., Suite 751
Los Angeles, CA 90012

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2021 at Los Angeles, California.

Donovan Foster