Name Donovan J Foster
Address 578 Washington Blvd Num 312
City, State, Zip Marina DL Rey, CA 90292
Phone 1-212-9201477
Fax
E-Mail fostermailbox@gmail.com
☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

FILED

2024 JAN -4 PM 2:17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Donovan J Foster

PLAINTIFF(S),

v.

United States of America

DEFENDANT(S).

CASE NUMBER:
2:22-cv-08522-FWS-PVC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Donovan J Foster hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order granting Defendant's motion to Dismiss Docket [43]
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on December 14, 2023 Entered on the docket in this action on Dec 14, 2023.

A copy of said judgment or order is attached hereto.

Jan 4, 2023
Date

[signature]
Signature
☒ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).