# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN J FOSTER<br>Plaintiff(s),<br>v.<br>THE UNITED STATES OF AMERICA, et al.<br>Defendant(s). | CASE NUMBER:<br>2:22−cv−08522−FWS−PVC<br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 8/5/2025

Document No.: 67

Title of Document: Complaint / Request for IFP

**ERROR(S) WITH DOCUMENT:**

A complaint is an initiating document filed during case opening.

A request for IFP should be filed separately using the correct event.

Other:

Title page is missing. Case number is missing.

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: August 5, 2025

By: */s/ Trina DeBose trina_debose@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**