UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONOVAN FOSTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants - Appellees. | No. 24-140<br><br>D.C. No.<br>2:22-cv-08522-FWS-PVC<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |

The judgment of this Court, entered October 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT