
LODGED

CLERK, U.S. DISTRICT COURT

5/15/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____jji_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN J. FOSTER, | Case No. 2:22-cv-08522-FWS-PVC |
| Plaintiff, | Related Ninth Circuit Appeal No. 24-140 |
| v. | Assigned to: Hon. Fred W. Slaughter |
| | Magistrate Judge: Hon. Pedro V. Castillo |
| UNITED STATES OF AMERICA; | |
| UNITED STATES DEPARTMENT OF | |
| VETERANS AFFAIRS; DENIS | |
| McDONOUGH, Secretary, | |
| Defendants. | |

**[PROPOSED] ORDER AMENDING DKT. 62 IN COMPLIANCE WITH**

**NINTH CIRCUIT MANDATE**

The Court has reviewed Plaintiff's Notice of Issuance of Ninth Circuit Mandate and Request for Entry of Mandate-Compliance Order Amending Dkt. 62, the Ninth Circuit memorandum disposition, the Ninth Circuit order denying rehearing, the Ninth Circuit formal mandate, and the record in this action.

The Ninth Circuit affirmed the dismissal for lack of subject matter jurisdiction and instructed this Court to amend the order to reflect that the dismissal of this action is without prejudice.

Accordingly, IT IS HEREBY ORDERED:

1. Dkt. 62 is amended only to the extent necessary to reflect that the dismissal of this action is without prejudice.

2. No other relief is granted.

3. This Order does not reopen the case, grant leave to amend, adjudicate the merits,

authorize a new complaint, award damages, or alter any other aspect of Dkt. 62 except the prejudice designation.

IT IS SO ORDERED.

Dated: _____

_____

HON. FRED W. SLAUGHTER

UNITED STATES DISTRICT JUDGE