UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:22-cv-08522-FWS-PVC                                          Date: May 28, 2026
Title: Donovan J. Foster v. The United States of America *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Priscilla Deason for  | |
| Rolls Royce Paschal | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S REQUEST
TO AMEND PRIOR ORDER [74]**

On December 14, 2023, the court dismissed Plaintiff Donovan J. Foster's ("Plaintiff") First Amended Complaint with prejudice.  (Dkt. 62 ("Prior Order").)  Plaintiff appealed. (Dkt. 63.)  On October 23, 2025, the Ninth Circuit issued a memorandum affirming the court's dismissal with instructions "to amend the order to reflect that the dismissal of this action is without prejudice."  (Dkts. 70.)  On April 9, 2026, the Ninth Circuit's mandate issued. (Dkt. 71.)  Accordingly, the court **GRANTS** Plaintiff's request that the court amend its Prior Order.  (Dkt. 74.)  The court will issue an amended order.